# EXHIBIT 2

BOCK, HATCH, LEWIS & OPPENHEIM, LLC

<u>FIRM RESUME AND INDIVIDUAL ATTORNEY BIOGRAPHIES</u>

## BOCK, HATCH, LEWIS & OPPENHEIM, LLC[1]

The firm's attorneys work exclusively on class actions and have produced seminal work on TCPA class actions beginning in 2003. We currently represent classes that were certified over the defendants' objections, settlement classes in ongoing third-party litigation, and putative classes working their way toward class certification.

## TCPA CLASS ACTIONS TRIED TO VERDICT

**The firm's attorneys have served as *lead* counsel on several TCPA class actions tried to verdict, including :**

*Bridgeview v. Clark*, 09 C 5601 (N.D. Ill. Jan. 2014) (bench trial).

*City Select v David Randall Assoc., et al.*, No. 11-cv-02658 (D.N.J. May 26, 2016) (jury trial).

*Mixon Ins. Agency, Inc. v. Taylorville Chiropractic, et al*, No 09 L 0509, Court Order (Cir. Ct. of St. Clair Cnty., Ill. Jan. 30, 2015) (bench trial).

*Paldo Sign & Display Co. v. Wagener Equities, Inc.,* No. 09 C 07299 (N.D. Ill. Jan. 2015) (jury trial).

*Reliable Money Order, Inc. v. McKnight Sales Co.*, Case No. 10-c-242 (E.D. Wis., Sept. 2013) (jury trial).

**The firm's attorneys have prepared many TCPA class actions for trial that settled during trial, with the firm's attorneys serving as *lead* trial counsel, including:**

*CE Design v. Cy's Crab House North, Inc., et al.*, 259 F.R.D. 135 (N.D. Ill., August 2010) (settled on second day of jury trial).

*Dewar v Kolesov*, 09CA2724 (Cir. Ct. of Lee Cnty., Fla., April, 2014) (settled on first day of trial).

*Palm Beach v. Sarris,* No. 12-cv-80178 (S.D. Fla. May 31, 2016) (settled on first day of trial).

---

[1]     The firm's lawyers have practiced under several different names, including Diab Macey & Bock, Diab & Bock, LLC, Bock & Hatch, LLC, and Bock, Hatch, Lewis & Oppenheim, LLC

*Wilder v Microwize*, CASE NO. 11 CV 4357 (Cir. Ct. of Dane Cnty., Wisc. September 2015) (settled January 21, 2016).

## TCPA CLASS ACTIONS -- SUMMARY JUDGMENT GRANTED

**Courts have granted summary judgment to numerous certified classes in TCPA actions in which the firm took the lead in drafting the summary judgment papers, including:**

*Am. Copper & Brass, Inc. v. Lake City Indus. Prods., Inc.,* No. 1:09-CV-1162, 2013 WL 3654550, 4 (W.D. Mich. July 12, 2013), aff'd *Am. Copper & Brass, Inc. v. Lake City Indus. Products, Inc.*, 757 F.3d 540 (6th Cir. 2014).

*Blue Wave Corp. v. North End Chiropractic, LLC*, SUCV2010-1571, Mem. of Decision and Order on Cross-Motions for Summ. J., **4-5 (Mass. Sup. Ct. Sept. 20, 2013) (B2B) (Lewis argued).

*City Select Auto Sales, Inc. v. David Randall Assocs., Inc., et al*, 96 F. Supp. 3d 403, 426 (D.N.J. 2015) (Lewis argued).

*Coyne Appraisal Grp., LLC v. Associated Physical Medicine P.C.*, No. 1011-CV11102 (St. Charles County, Mo. Nov. 25, 2013).

*Dewar v. Dough Boy Pizza, Inc.* No. 09-CA-4744 (20th Cir., Lee Cnty, Fla. Sept. 2, 2014) (Lewis argued).

*Exclusively Cats Veterinary Hospital v. Anesthetic Vaporizer Servs., Inc.*, No. 10-10620 (E.D. Mich. Aug. 10, 2011).

*G.M. Sign, Inc. v. Group C Commc'ns, Inc.*, No. 08-04521, 2011 WL 98825 (N.D. Ill. Jan. 10, 2011).

*Hinman v. M and M Rental Ctr., Inc.*, 596 F. Supp. 2d 1152, 1163 (N.D. Ill. 2009).

*Ira Holtzman, C.P.A. & Assocs., Ltd. v. Turza*, 728 F.3d 682, 683 (7th Cir. 2013).

*Jackson's Five Star Catering, Inc. v. John R. Beason d/b/a Tax Connection World, et al.*, Case No. 10-10010, 2013 WL 5966340 (E.D. Mich. Nov. 8, 2013).

*Loncarevic and Assocs., Inc. v. Stanley Foam Corp.*, No. 09 CH 15403 (Cir. Ct. of Cook Cnty., Ill., Feb. 5, 2015) (Mem. Op. and Order)

*Paldo Sign and Display Co. v. Wagener Equities, Inc.,* No. 09 C 07299, 2014 WL 4376216 (N.D. Ill. Sept. 4, 2014).

*Quality Mgmt. and Consulting Servs., Inc. v. Commercial Asphalt Maintenance, Inc.*, No. 08 CH 38641 (Cir. Ct. of Cook Cnty., Ill. Aug. 19, 2014).

*The Siding & Insulation Co. a/k/a The Aluminum Siding & Insulation Co., Inc., v. Combined Ins. Grp. Ltd.*, No. 11 CV 1062 (N.D. Ohio Apr. 17, 2014).

## TCPA APPELLATE DECISIONS

**The firm's lawyers have briefed and argued numerous class actions in federal and state appellate courts around the United States. These include:**

*Am. Copper & Brass, Inc. v. Lake City Indus. Products, Inc.*, 757 F.3d 540 (6th Cir. 2014) (Bock argued).

*Anderson Office Supply, Inc. v. Advanced Medical Assocs., P.A.*, 273 P.3d 786, 800 (Kan. App. Ct. 2012).

*Arnold Chapman and Paldo Sign & Display Co. v. Wagener Equities Inc.*, 747 F.3d 489 (7th Cir. 2014) (Cohen argued).

*Blitz v. Agean, Inc.,* No. 12-1133 (N.C. Ct. App. Feb. 11, 2013) (Bock argued).

*Bridgeview Health Care Center, Ltd. v. Clark*, 816 F.3d 935 (7th Cir. 2016) (Bock argued).

*BNS Ltd. v. Redondo Family Chiropractic, Inc., P.S.,* No. 09-2-19352-5 (King Cnty. Wash. Nov. 30, 2010) (Bock argued).

*CE Design Ltd. v. C & T Pizza, Inc.,* 2015 IL App. (1st) 131465 at *158, 32 N.E.2d 150 (1st Dist. 2015).

*CE Design, Ltd. v. Cy's Crab House North, Inc.*, 731 F.3d 725 (7th Cir. 2013).

*CE Design Ltd., v. Prism Bus. Media, Inc.*, 606 F.3d 443 (7th Cir. 2010) (Oppenheim argued).

*CE Design Ltd., v. King Supply Co.* 791 F.3d 722 (7th Cir. 2015) (Smith and Oppenheim argued).

*CE Design Ltd. v. King Architectural Metals, Inc.*, 637 F.3d 721 (7th Cir. 2011) (Oppenheim argued).

*Chapman v. First Index, Inc.*, 796 F. 3d 783 (7th Cir. 2015) (Bock argued).

*Dewar v. Dough Boy Pizza, Inc.*, 184 So. 3d 1169 (Fla. Dist. Ct. App. 2015).

*Dr. Robert Meinders, D.C., Ltd. v. UnitedHealthcare, Inc.*, 800 F.3d 853 (7th Cir. 2015) (Bock argued).

*Ewing Indus. Corp. v. Bob Wines Nursery, Inc.*, 795 F.3d 1324 (11th Cir. 2015) (Bock argued).

*Hazel's Cup & Saucer, LLC v. Around the Globe Travel, Inc.,* 15 N.E.3d 220 (Mass. App. Ct. 2014) (Lewis Argued).

*Imhoff Inv., LLC v. Alfoccino, Inc.*, 792 F.3d 627 (6th Cir. 2015).

*Ira Holtzman, C.P.A. & Assocs., Ltd. v. Turza*, 728 F.3d 682, 683 (7th Cir. 2013) (Bock argued).

*Loncarevic and Assocs., Inc. v. Stanley Foam Corp.*, No. 09 CH 15403, Memorandum Opinion and Order (Cir. Ct. of Cook Cty., Ill. Feb 5, 2015) (Piper argued appeal).

*Nack v. Walburg*, 715 F.3d 680 (8th Cir. 2013) (Bock argued twice).

*Palm Beach Center-Boca, Inc. v. Sarris D.D. S. P.A. ,* 781 F.3d 1245 (11th Cir. 2015) (Cohen argued).

*Reliable Money Order, Inc. v. McKnight Sales Co.,* 704 F.3d 489 (7th Cir. 2013) (Bock argued).

*Roberts v. Paypal, Inc., et al.*, No 13-16304 (9th Cir. 2015) (Bock argued).

*Sabon v. Aqualogic*, No. 09 037436-07 (Cir. Ct. of Broward Cnty., Fla. Jul. 5, 2013) (Piper and Lewis argued).

*Sawyer v. Atlas Heating and Sheet Metal Works, Inc.*, 642 F.3d 560 (7th Cir. 2011) (Bock argued).

*Siding and Insulation Co. v. Alco Vending, Inc.*, 2016 WL 2620507 (6th Cir. 2016) (Bock argued).

*Sparkle Hill, Inc. v. Interstate Mat Corp.*, 788 F.3d 25 (1st Cir. 2015) (Bock argued).

*St. Louis Heart Ctr,, Inc. v. Jackson & Coker Locumtenens*, 2013 WL 709630 (8th Cir. 2013).

*Subclass 2 of Master Class of Plaintiffs Defined & Certified in Jan. 30, 2006 & July 28, 2006 Orders of Circuit of Court of Cook Cty., Ill. in Litig*, Travel 100 Group, Inc., v. Melrose Hotel Co., et al., v. St. Paul Fire and Marine Ins. Co., 503 F.3d 339 (3d Cir. 2007) (insurance coverage) (Bock argued).

*Uesco Indus., Inc. v. Poolman of Wisconsin, Inc.*, 2013 IL App (1st) 112566, 993 N.E.2d 97( Ill. App. Ct., 1st Cir., Jun. 17, 2013) (Bock argued).

**CONTESTED CLASSES:**

**Trial courts have appointed the firm's lawyers as class counsel in many contested class certifications. These include:**

*A & L Industries, Inc. v. P. Cippollini, Inc.*, Civ. Action No. 12-07598, 2013 WL 5503303 (D.N.J. Oct. 2, 2013), *reconsideration denied*, 2013 WL 6145766 (D.N.J. Nov. 21, 2013), *pet. for leave to appeal denied*, 13-8094 (3rd Cir. Mar. 20, 2014).

*A Aventura Chiropractic v. McCullem-Tankless,* No. 2009 CA 023494 (15th Cir., Palm Beach Cnty. Fla. 2015) (class certification argued by Lewis).

*Abbey Pub, Inc. v. Midwest Energy, Inc.,* No. 09 CH 24516 (Cir. Ct. of Cook Cnty., Ill., Sept. 29, 2009) (appointing the firm class counsel).

*All American Painting, LLC v. Chiropractic & Sports Injury Ctr. of Creve Coeur, P.C.*, No. 08SL-CC02116 (St. Louis Cnty., Mo. Aug. 15, 2011)(Order granted Bock & Hatch as Class Counsel).

*Am. Copper & Brass, Inc. v. Lake City Indus. Prods., Inc.*, Case No. 09-CV-1162, 2012 WL 3027953 (W.D. Mich., Jul. 24, 2012)(Order granted Bock & Hatch as Class Counsel).

*Amato v. Attorney's Nat'l Title Network, Inc.*, No. 01 CH 12616 (Cir. Ct. of Cook Cnty., Ill. Aug. 29, 2003) (class certification argued by Bock).

*Anderson Office Supply, Inc. v. Advanced Medical Assocs., P.A., et al.*, 09 CV 178 (Kan. Dist. Ct. Nov. 17, 2010), affirmed, *Anderson Office Supply, Inc. v. Advanced Medical Assocs., P.A.,* 273 P.3d 786, 800 (Kan. App. Ct. 2012).

*Austria v. Option One Mortgage Corp.*, 01 CH 12615 (Cir. Ct. of Cook Cnty., Ill. Mar. 1, 2006) (class certification argued by Bock).

*Babb Real Estate LLC, v. Bennett & Olstad*, 10-cv-119-wmc, (W.D. Wisc. Jul. 29, 2011 Op. and Order granted Bock & Hatch as class counsel.).

*Blue Wave Corp. v. North End Chiropractic LLC*, No. 2010-01571-F (Mass. Sup. Ct. Sept. 24, 2012) (class certification argued by Lewis)

*BNS, Limited v. Redondo Family Chiropractic, Inc., P.S.* No. 09-2-19352-5 SEA, (Super. Ct. of Wash., King Cnty. Jun. 9, 2010) (Order granted and appointed Bock & Hatch as class counsel).

*Boschert v. Prof'ls Direct Ins. Servs., Inc.*, No. 0811-CV04642 (Cir. Ct. of St. Charles Cnty, Mo. June 6, 2011).

*Bouschard v. Cingular Wireless, Inc.*, No. 01 MR 718 (Cir. Ct. of Lake Cnty., Ill. Apr. 26, 2002) (class certification argued by Bock).

*Bridgeview Health Care Ctr. Ltd. v. Clark*, 09 C 5601, Memo. Op. and Order (N.D. Ill. Sept. 30, 2011) (Valdez, J.) (TCPA litigation).

*Bridgeview Health Care Ctr. Ltd. v. Dr. Nathan Long, DDS*, No. 09 CH 15983 (Cir. Ct. of Cook Cnty., Ill. Nov. 1, 2012) (class certification argued by Smith).

*Brodsky v. Kaigler & Co.*, No. 08 CH 44036 (Cir. Ct. of Cook Cnty., Ill. Dec. 4, 2013) (class certification argued by Titolo).

*Cabinet Dimensions, Inc. v. Montes*, No. 09 CH 15977 (Cir. Ct. of Cook Cnty., Ill. Oct. 26, 2011).

*CE Design v. Beaty Constr., Inc.*, Case No. 07 –cv-3340, 2009 WL 192481 (N.D. Ill. Jan. 26, 2009) (Hibbler, J.) (TCPA litigation).

*CE Design Ltd. v. C&T Pizza, Inc. et al*, No. 06 CH 27638 (Cir. Ct. of Cook Cnty. Cir. Apr. 4, 2013) (Novak, J.) (same), *affirmed CE Design Ltd. v. C&T Pizza, Inc. et al*, 32 N.E.3d 150, 2015 IL App (1st) 131465 (Ill. Ct. App. May 8, 2015) (same) (TCPA litigation).

*CE Design v. Cy's Crab House North, Inc., et al.*, 259 F.R.D. 135 (N.D. Ill., Kennelly, J.) *app. denied* (Sept. 9, 2009) (TCPA litigation).

*CE Design v. King Architectural Metals, Inc.*, No. 09 C 2057, 2010 WL 5146641, * 6 (N.D. Ill. Dec. 13, 2010), *reversed on other grounds*, *CE Design Limited v. King Architectural Metals, Inc.*, 637 F.3d 721, 723-24 (7th Cir. 2011) (TCPA litigation).

*CE Design v. Letrix USA, Inc.*, 06 CH 26834, (Cir. Ct. of Cook Cnty., Ill. Aug. 30, 2010) (TCPA litigation).

*CE Design v. Matrix LS, Inc.*, No. 05 L 269 (Cir. Ct. of Lake Cnty., Ill. Apr. 16, 2010). (TCPA litigation) (class certification argued by Bock).

*CE Design v. The Tradeshow Network Mktg. Grp.*, 03 CH K 964 (Cir. Ct. of Kane Cnty., Ill. Dec. 2, 2004) (TCPA litigation) (class certification argued by Bock).

*City Select Auto Sales, Inc. v. David Randall Assocs., Inc., et al*, 296 F.R.D. 299 (D.N.J. 2013), *pet. for leave to appeal denied*, 14-8001 (3rd Cir. Mar. 20, 2014) (TCPA litigation) (class certification argued twice by Lewis).

*Collins v. Locks & Keys of Woburn, Inc.*, No. 07-4207-BLS (Mass. Sup. Ct. Jul. 3. 2009) (class certification argued by Lewis).

*Compressor Engineering Corp. v. Charles J. Thomas-Chicken Shack,* No. 10-cv-10059 (E.D. Mich. 2015) (class certification argued by Lewis).

*Coyne Appraisal Group, LLC v. Associated Physical Medicine, P.C.*, No. 1011-CV-11102 (Cir. Ct. of St. Charles Cnty., Mo. Aug 5, 2013).

*Creative Montessori Learning Ctrs. v. Ashford Gear, LLC,* No. 09 CV 3963, 2011 WL 3273078 (N.D. Ill. July 27, 2011) (Gettleman, J.) (certifying class), 662 F.3d 913 (7th Cir. 2011) (vacated and remanded), 2012 WL 3961307 (N.D. Ill. Sept. 10, 2012) (certifying class) (Gettleman, J.), *app. denied*, 12-8036, Order (October 11, 2012) (TCPA litigation).

*Critchfield Physical Therapy v. The Taranto Group, Inc.,* 263 P.3d 767, 2011 WL 4505794, **10-11 (Kan. Sup. Ct., Sept. 30, 2011) (TCPA litigation).

*Defrates v. Hollywood Video Entm't Corp.*, No. 02 L 707 (Cir. Ct. of St. Clair Cnty., Ill.).

*Dewar v. Kolesov & Assocs.*, P.A., No. 09-CA-2724 (Cir. Ct. of Lee Cnty., Fla. Dec. 14, 2011) (class certification argued by Lewis).

*Duenas v. Trend Techs., et al.*, 03 C 801 & 04 C 212 (N.D. Ill., Nov. 3, 2004 Kennelly, J.).

*Exclusively Cats Veterinary Hosp. v. Anesthetic Vaporizer Servs., Inc.*, No. 10-10620, 2010 WL 5439737 (E.D. Mich. Dec. 27, 2010) (TCPA litigation).

*Flashtric Sign, Inc. v. Georgia Printco, LLC*, No. 08 CH 38639 (Cir. Ct. of Cook Cnty., Ill. Mar. 10, 2014) (class certification argued by Piper).

*Florida First Fin. Grp., Inc., v. Magnum Painting, Inc.*, No. 10-481 (Cir. Ct. of Hillsborough Cnty., Fla. Oct. 14, 2010).

*G.M. Sign, Inc. v. 400 Freight Servs., Inc.*, No. 07 CH 2772 (Cir. Ct. of Lake Cnty., Ill. Jan. 7, 2010). (TCPA litigation).

*G.M. Sign, Inc. v. BackHauLine, Inc.*, No. 07 CH 758 (Cir. Ct. Lake Cnty., Ill. Mar. 31, 2009) (TCPA litigation) (class certification argued by Bock).

*G.M. Sign, Inc. v. Finish Thompson, Inc.*, No. 07 CV 5953, 2009 WL 2581324 (N.D. Ill. Aug. 20, 2009) (Kendall, J.) (TCPA litigation).

*G.M. Sign, Inc. v. Franklin Bank, S.S.B.*, 06 C 949 (N.D. Ill. Aug. 20, 2008) (Kocoras, J.) (TCPA litigation).

*Goans Acquisition, Inc. v. Hard Wok Cafes, Inc.*, No. 0931-CV17797 (Cir. Ct. of Green Cnty., Mo. Jun. 2, 2011).

*Green v. Dahn Yoga & Health Ctrs., Inc.*, 07 CH 29482 (Cir. Ct. of Cook Cnty., Ill. Nov. 14, 2011) (class certification argued by Piper).

*Green v. Service Master On Location Servs. Corp.*, No. 07 C 4705, 2009 WL 1810769 (N.D. Ill. June 22, 2009) (Hibbler, J.) (TCPA litigation).

*Hall v. Sprint Spectrum L.P.*, 04 L 113 (Cir. Ct. of Madison Cnty, Ill.), affirmed, 376 Ill. App. 3d 822, 876 N.E.2d 1036 (5th Dist. 2007), petition for leave to appeal denied, 226 Ill. 2d 614 (Ill. 2008).

*Hawk Valley, Inc. v. Taylor*, 301 F.R.D. 169 (E.D. Pa. 2014), *pet. for leave to appeal denied*, 14-8039 (3rd Cir. May 8, 2014) (TCPA litigation) (class certification argued by Bock).

*Hazel's Cup & Saucer, LLC v. Around the Globe Travel, Inc.,* 15 N.E.3d 220 (Mass. App. Ct. 2014) (class certification argued by Lewis).

*Heger v. Attorneys Title Guar. Fund, Inc,* No. 03 L 398 (Cir. Ct. of Lake Cnty., Ill.) (Bock argued class certification, all substantive motions, and took responsibility for delivering settlement benefits to class).

*Hinman v. M&M Rentals*, 545 F. Supp. 2d 802 (N.D. Ill., Bucklo, J.), petition for leave to appeal denied, June 17, 2008) (TCPA litigation).

*Holtzman v. Turza*, No. 08 C 2014, 2009 WL 3334909 (N.D. Ill. Oct. 14, 2009) (Gettleman, J.) (certifying class); *Holtzman*, 2010 WL 3076258 (Aug. 3, 2010) (granting partial summary judgment on behalf of class); *Holtzman*, 2011 WL 3876943, *4 (Aug. 29, 2011) (summary judgment awarding $4,215,000 to plaintiff class) (TCPA litigation).

*Hunter v. Ramada Franchise Sys., Inc.*, No. 01 CH 5751 (Cir. Ct. of Cook Cnty., Ill. Aug. 31, 2001) (class certification argued by Hatch).

*Imhoff Inv., L.L.C. v. Sammichaels, Inc.*, Case No. 10-10996, 2012 WL 4815090 (E.D. Mich. Oct. 1, 2012) (Battani, J.), *appeal denied*, 2013 WL 1760353 (6th Cir. Apr. 25, 2013) (TCPA litigation).

*In re Toys 'R' Us—Delaware, Inc.—Fair and Accurate Credit Transactions Act (FACTA) Litig.,* MDL No. CV 08-01980 MMM (FMOx) (C.D. Cal. Jan. 11, 2013).

*Irish Sisters, Inc. v. Crown Mortgage Co.*, 09 CH 10688, Mem. and Order, (Cir. Ct. of Cook Cnty, Ill. Jun. 20, 2011) (Quinn, J.) (TCPA litigation).

*Jackson's Five Star Catering, Inc. v. Beason*, Case No. 10-10010 (E.D. Mich. Apr. 20, 2011) (TCPA litigation).

*JT's Frames v. The Sunhill NIC Co.,* 07 CH 436, Order (Cir. Ct. of McHenry Cnty., Ill. Cir. Ct., Jun. 15, 2011) (TCPA litigation).

*Loncarevic and Assocs. Inc. v. Stanley Foam Corp.,* No. 09 CH 15403 (Cir. Ct. of Cook Cnty, Ill. Apr. 4, 2013) (TCPA litigation) (class certification argued by Piper).

*Maulding v. Hilton Hotels Corp.,* No. 02-L-0645 (Cir. Ct. of St. Clair Cnty., Ill., Jun.23, 2003).

*Mixon Ins. Agency, Inc. v. Taylorville Chiropractic, et al,* No 09 L 0509, Class Certification Order (Cir. Ct. of St. Clair Cnty, Ill. Aug. 8, 2011) (Cueto, J.) (TCPA litigation).

*Paldo Sign & Display Co. v. Topsail,* No. 08 C 5959, 2010 WL 4931001 (N.D. Ill. Nov. 29, 2010) (Kennelly, J.) (TCPA litigation).

*Paldo Sign & Display Co. v. Wagener Equities, Inc.* No. 09 C 7299 (N.D. Ill. Feb. 11, 2014).

*Pardridge Motors, Inc. v. Tackitt,* No. 09 CH 33820 (Cir. Ct. of Cook Cnty., Ill. Sept. 19, 2011).

*P.J.'s Concrete Pumping Serv. v. Nextel Wireless,* No. 01 MR 860 (Cir. Ct. of Lake Cnty., Ill., May 15, 2002), *aff'd,* 345 Ill. App. 3d 992, 803 N.E.2d 102 (2d Dist. 2004), petition for leave to appeal denied, 209 Ill. 2d 584, certiorari denied.

*Reliable Money Order, Inc. v. McKnight Sales Co.,* 281 F.R.D. 327 (E.D. Wisc.2012) (TCPA litigation).

*Robert A. Dalzell, Inc. v. European Tile & Floors, Inc.,* No. 09-c15183-CI-11 (Cir. Ct. of Pinellas Cnty., Fla. Nov. 4, 2011).

*Sabon v. Aqualogic,* No. 09 037436 07 (Cir. Broward County, FL Nov. 30, 2012) (class certification argued by Lewis, Piper, and Cohen).

*Savanna Group, Inc. v. Trynex, Inc.,* No. 10-cv-7995, 2013 WL 66181, *5-*8 (N.D. Ill. Jan. 4, 2013) (St. Eve, J.) and Doc. 176 (N.D. Ill. Feb. 20, 2013) (TCPA litigation). (TCPA litigation).

*Shurland v. Bacci Café & Pizzeria on Ogden, Inc.,* No. 08 C 2259 (N.D. Ill. Aug. 19, 2009).

*Siding &Insulation Co. v. Combined Ins. Grp., Ltd., Inc.,* Case No. 11 CV 1062, 2012 WL 1425093 (N.D. Ohio Apr. 24, 2012) (TCPA litigation).

*Sparkle Hill, Inc. v. Interstate Mat Corp.*, No. 11-10271-RWZ, 2012 WL 6589258 (D. Mass. Dec. 18, 2012) (TCPA litigation) (class certification argued by Lewis).

*Targin Sign Sys., Inc. v. CYC Golden Palace Corp.,* No. 08 Ch 155516 (Cir. Ct. of Cook Cnty., Ill. Sept. 27, 2011).

*Targin Sign Sys., Inc. v. Preferred Chiropractic Center, Ltd.*, 679 F.Supp.2d 894 (N.D. Ill. Jan. 21, 2010) (Shadur, J.). (TCPA litigation).

*Telecommunications Network Design, Inc. v. McLeod USA, Inc.*, 03 CH 8477 (Cir. Ct. of Cook County, Ill. Nov. 1, 2005). (TCPA litigation) (class certification argued by Bock).

*Uesco Indus., Inc. v. Poolman of Wis., Inc.*, 09 CH 16028, Mem. and Order (Cir. Ct. of Cook Cnty, Ill. Aug. 10, 2011) (TCPA litigation).

*Van Sweden Jewelers, Inc. v. 101 VT, Inc.*, Case No. 1:10-cv-253, 2012 WL 4127824 (W.D. Mich. Sept. 19, 2012) (TCPA litigation).

*Welles v. Sprint Corp.*, No. 01 CH 1387 (Cir. Ct. of Cook Cnty., Ill.).

*Wilder Chiropractic, Inc. v. Microwize Technology, Inc.,* No. 11 CV 4357 (Cir. Ct. of Dane Cnty., Wis. Nov. 24, 2014).

*Windmill v. Gornick's Auto Rebuilders, Inc. & James A. Gornick*, No. 09 CH 15975 (Cir. Ct. of Cook Cnty., Ill. Apr. 17, 2013).

*Windmill Nursing Pavillion, LTD. v. Res-Care Illinois, Inc.*, 09 CH 16377, Memorandum Opinion and Order (Cir. Ct. of Cook Cnty , Ill. Mar. 18, 2011)(Quinn, J.) (TCPA litigation – certifying class).

*Wratchford v. Accredited Home Lenders*, 02 L 1556 (Cir. Ct. of Madison Cnty., Ill., Jan. 28, 2005).

*Wratchford v. CBSK Fin.,* 02 L 1555 (Cir. Ct. of Madison Cnty., Ill. Jan. 28, 2005).

## SETTLEMENT CLASSES:

*Abbey Pub, Inc. v. Midwest Energy, Inc.,* No. 09 CH 24516 (Cir. Ct. Cook Cnty., Ill. Dec. 11, 2009).

*Addison Automatics, Inc. v. Precision Elec. Glass, Inc.*, No. 10-cv-6903 (N.D. Ill Dec. 14, 2012).

*Albright v. Bi-State Development Agency of the Missouri-Illinois Metropolitan District*, No. 11-cv-1691 (E.D. Mo. Sept. 11, 2013).

*All American Painting, LLC v. Chiropractic & Sports Injury of Creve Coeur*, No. 08SL CC02116 (Cir. Ct. of St. Louis Cnty., Mo. Oct. 26, 2016).

*All American Painting, LLC v. Dean Weich, Inc.*, No. 09SL-CC05352 (Cir. Ct. of St. Louis Cnty., Mo. Jun. 10, 2011).

*American Copper & Brass, Inc. v. Lake City Indus. Prods., Inc.*, No. 09-cv-1162 (W.D. Mich., S. Div. Mar. 1, 2016).

*Amato v. Attorney's Nat'l Title Network, Inc.*, No. 01 CH 12616 (Cir. Ct. of Cook Cnty., Ill. Feb. 28, 2008).

*Americana Art China Co., Inc. v. Foxfire Printing & Packaging, Inc.*, No. 08 CV 6992 (N.D. Ill. Jun. 19, 2013).

*Anderson Office Supply, Inc. v. Advanced Medical Assocs., P.A.*, No. 2009-CV-00178 (Cir. Ct. of Harvey Cnty., Kan. Feb. 1, 2013).

*Armstrong Law Firm, P.C. v. Ticketleap, Inc.*, No. 5157 (Cir. Ct. of Cook Cnty., Ill. Aug. 9, 2010).

*Autwell v. Mercury Tile Co., Inc.* No. 03 CH 2761 (Cir. Ct. of Cook Cnty, Ill. Feb. 24, 2010).

*Bailey Bros. Plumbing Heating & Air Conditioning, Inc., v. Papa's Leatherbarn*, LLC, No. CIV-10-80-W W.D. Okla. Nov. 20, 2012).

*Big Thyme Enterprises, Inc., v. Palmetto Gold Buying Service, Inc.*, No. 09-CP 40-04799 (Cir. Ct. Richland Cnty., S.C. Dec. 14, 2011).

*Blue Wave Corp. v. North End Chiropractic LLC*, No. 2010-01571-F (Mass. Sup. Ct. Feb. 3, 2015).

*BNS, Ltd. v. Redondo Family Chiropractic, Inc., P.S.* No. 09-2-19352-5 SEA (Wash Sup. Ct., Nov. 30, 2010).

*Boschert v. Professionals Direct Ins. Servs., Inc.*, No. 0811-CV04642 (Cir. Ct. of St. Charles Cnty., Mo. Aug. 13, 2012).

*Brodsky v. NIP Group, Inc.*, No. 08 CH 22051 (Cir. Ct. of Cook Cnty., Ill. Jul. 16, 2012).

*Budnick v. Banke of America*, No. 04 L 886 (Cir. Ct. Lake Cnty., Ill. Sept. 13, 2011).

*B.Z.B. Enters, Inc. v. Mag & Son, LLC*, No. PC 90-7201 (R.I. Sup. Ct.).

*Cabinet Dimensions, Inc. v. Donald C. Kellner, D.D.S.*, No. 09 CH 15982 (Cir. Ct. of Cook Cnty., Ill. Aug. 22, 2014).

*CE Design Ltd. v. Exterior Systems, Inc.*, No. 07 C 66 (N.D. Ill. Dec. 6, 2007).

*CE Design Ltd. v. Federal Schedules, Inc.*, No. 03 CH 18673 (Cir. Ct. of Cook Cnty., Ill. May 15, 2006).

*CE Design Ltd. v. King Supply Co.*, LLC, No. 09 C 09 C 2057 (N.D. Ill. Jul. 20, 2012).

*CE Design Ltd. v. Letrix USA, Inc.*, No. 06 CH 26834 (Cir. Ct. of Cook Cnty., Ill. Mar. 27, 2012).

*CE Design Ltd. v. North American Ind., Inc.*, No. 04 L 562 (Cir. Ct. of Lake Cnty., Ill. Jul. 24, 2007).

*CE Design Ltd. v. The Tradeshow Network Mktg. Grp., Inc.*, No. 03 CH K 964 (Cir. Ct. of Kane Cnty., Ill. 2007).

*CE Design Ltd. v. Woodland Windows & Doors, Inc.*, No. 03 CH 1564 (Cir. Ct. of DuPage Cnty., Ill. 2009).

*Central Mutual Ins. Co. v. Tracy's Treasures, Inc. and Paul Idlas,* No. 07 CH 14995 (Cir. Ct. of Cook Cnty., Ill. 2016).

*Chapman v. United Electronics Corp.,* No. 09 CH 1579 (Cir. Ct. of Cook Cnty., Ill. 2009).

*Collins v. Locks & Keys of Woburn, Inc.*, Nos. 07-4207-BLS2 and 10-1918-BLS2 (Mass. Sup. Ct. 2012).

*Community Vocational Schools of Northeast Pa., Inc. v. Turner Educational Prods., LLC*, No. 0800853-31-1 (Cir. Ct. of Bucks Cnty., Pa, Aug. 4, 2010).

*Creative Montessori Learning Centers v. Ashford Gear*, LLC, No. 09 CV 3963 (N.D. Ill. Feb. 27, 2015).

*Critchfield Physical Therapy, P.C. v. The Taranto Group, Inc.*, No. 07-cv-8652 (Cir. Ct. of Johnson Cnty., Kan. 2014).

*DeRose Corp. v. Goyke Health Center*, No. 06 CH 6681 (Cir. Ct. of Cook Cnty., Ill. Dec. 11, 2008).

*Dewar v. Kolesov & Associates, P.A.*, No. 09-CA-2724 (Cir. Ct. of Lee Cnty., Fla. Apr. 2, 2015).

*Duenes v. Beck*, Nos. 03 C 801 and 04 C212 (N.D. Ill. Mar. 24, 2006).

*Eclipse Mfg. Co. v. United States Compliance Co.*, No. 03 CH 922 (Cir. Ct. of Lake Cnty, Ill Dec. 23, 2008).

*Fauley v. Thomas Veterninary Drug, Inc.*, No. 11 CH 26558 (Cir. Ct. of Cook Cnty, Ill. 2012).

*Fayezi v. Pat's Pizzeria, Inc.*, No. 09 CH 15524 (Cir. Ct. of Cook Cnty., Ill. Jul. 14, 2010).

*Flexicorps, Inc. v. Amber Enterprises, Inc.*, No. 03 CH 21733 (Cir. Ct. of Cook Cnty., Ill. 2008).

*Florida First Financial Group, Inc. v. Spivey Mowers, Inc.*, No. 09-CA-21568 (Cir. Ct. of Hillsborough Cnty., Fla. Mar. 20, 2012).

*Florida First Financial Group, Inc. v. Superior Pharmacy*, No. 11-CA-00731 ( (Cir. Ct. of Hillsborough Cnty., Fla. Sept. 17, 2015).

*Fun Services of Kansas City, Inc. v. Hertz Equip. Rental Corp.*, No. 08 CV 3944 (Johnson Cnty, Kan. 2013).

*Fun Services of Kansas City, Inc. v. Streetglow, Inc.*, No. 09-cv-2674 (Cir. Ct. of Johnson Cnty., Kan. 2010).

*G.M. Sign, Inc. v. 1800 Hotels4U, LLC*, No. 09 CH 7256 (Cir. Ct. of Cook Cnty., Ill. Aug. 6, 2009).

*G.M. Sign, Inc. v. Backhauline, Inc.*, No. 07 CH 758 (Cir. Ct. of Lake Cnty., Ill. Dec. 10, 2009).

*G.M. Sign, Inc. v. Finish Thompson, Inc.,* No. 07 5953 (N.D. Ill. Nov. 1, 2010).

*G.M. Sign, Inc. v. Global Shop Solutions, Inc.*, No. 05 CH 1328 (Cir. Ct. of Lake Cnty., Ill. Apr. 17, 2007).

*G.M. Sign, Inc. v. MFG.com*, No. 09 CH 2925 (Cir. Ct. of Lake Cnty., Ill. Jan. 24, 2014).

*G.M. Sign, Inc. v. Pennswood Partners, Inc.*, No. 07 CH 757 (Cir. Ct. of Lake Cnty., Ill. Oct. 30, 2007).

*G.M. Sign, Inc. v. Santana Equip. Trading Co., LLC*, No. 06 CH 2750 (Cir. Ct. of Lake Cnty., Ill. Dec. 18, 2008).

*G.M. Sign, Inc. v. Schane*, No. 10 CH 4480 (Cir. Ct. of Lake Cnty., Ill. Dec. 16, 2010).

*Goans Acquisitions, Inc. v. Hard Wok Cafes, Inc.*, No. 0931-CV17797 (Cir. Ct. of Green Cnty., Mo. 2013).

*Good v. Rogan Shoes, Inc.*, No. 09 CH 3731 (Cir. Ct. of Lake Cnty., Ill. Jul. 1, 2010).

*Green v. Service Master on Location Services Corp.*, No. 07 C 4705 (N.D. Ill. Dec. 15, 2009).

*Hawk Valley, Inc. v. Elain G. Taylor and Environmental Process Sys.*, No. 10-cv-00804 (E.D. Penn.).

*Heller v. HRB Tax Grp., Inc.*, No. 11-cv-1121 (E.D. Mo. 2013).

*Hinman v. M&M Rental Ctr., Inc.*, No. 06-cv-1156 (N.D. Ill. Oct. 6, 2009).

*Holtzman v. CCH Inc.*, No. 07 C 7033 (N.D. Ill. Sept. 30, 2009).

*In re Toys 'R' Us—Delaware, Inc.—Fair and Accurate Credit Transactions Act (FACTA) Litig.*, MDL No. CV 08-01980 MMM (FMOx) (S.D. Cal. Jan. 17, 2014).

*Irish Sisters, Inc. and Lanciloti Law Office v. Crown Mortg. Co.*, Nos. 09 CH 10688 and 09 CH 31582 (Cir. Ct. of Cook Cnty., Ill)

*Italia Foods, Inc. v. Packaging Mach. Mfrs. Inst.*, No. 06 CH 6681 (Cir. Ct. of Cook Cnty., Ill. Dec. 11, 2008).

*Italia Foods, Inc. v. Sun Tours*, No. 03 CH 924 (Cir. Ct. Lake Cnty., Ill. Jul. 13, 2012).

*Jackson's Five Star Catering, Inc. v. John R. Beason*, No. 10-cv-10010 (E.D. Mich. Apr. 15, 2015)

*JT Frames, Inc. v. The Sunhill NIC Co., Inc.*, No. 07 CH 436 (Cir. Ct. of McHenry Cnty., Ill. 2014).

*Kowalewski v. Heritage Title Co.*, No. 03 CH 7874 (Cir. Ct. of Cook Cnty., Ill. Oct. 7, 2008).

*Kuhl v. Guitar Ctr. Stores, Inc.*, No. 07-cv-214 (N.D. Ill. Nov. 03, 2010).

*Lindsay Transmission, LLC v. Office Depot, Inc.,* No. 4:12-CV-221-CEJ (E.D. Mo. Jun. 23, 2014).

*Little v. Hiar Holdings, LLC*, No. 02-CC-003767 (Cir. Ct. of St. Louis Cnty., Mo. Apr. 12, 2007).

*Local Baking Prods., Inc. v. Westfield Rental-Mart*, No. L-470-09 (N.J. Sup. Ct. Law Div. Jun. 23, 2010).

*Local Baking Prods, Inc. v. Viera & Gomes Corp.*, No. L-4698-09 (N.J. Sup. Ct. Law Div. Jun. 23, 2010).

*Locklear Elec. Inc., v. Florissant Injury & Pain Relief Ctr.*, LLC, No. 09-L-454 (Cir. Ct.

of St. Clair Cnty., Ill. Aug. 2, 2011).

*Locklear Elec. Inc. v. Ley*, No. 09-cv-0531-MJR (S.D. Ill. Sept. 8, 2010).

*Mann v. Lawyers Title Ins. Corp.*, No. 03 CH 15223 (Cir. Ct. of Cook Cnty., Ill. Aug. 20, 2007).

*Masters v. Lowe's Home Ctrs., Inc.*, No. 09-cv-255- JPG- PMF (S.D. Ill. July 14, 2011).

*Mau v. L.A. Fitness Int'l, LLC*, No. 10 C 1411 (N.D. Ill. Aug. 12, 2011).

*Medical West Ballas Pharmacy v. Food Market Merch.*, No. 10SL CC04659 (Cir. Ct. of St. Louis Cnty., Mo. Sept. 19, 2014).

*Medical West Ballas Pharmacy v. Lidtke Technologies Corp.*, No. 09 SL CC05349 (Cir. Ct. of St. Louis Cnty., Mo. Oct. 12, 2011).

*Miller v. Professional Nat'l Title Network, Inc.*, No. 03 CH 15660 Consolidated with No. 03 CH 13921 (Cir. Ct. of Cook Cnty., Ill. Jan. 16, 2009).

*Mixon Ins. Agency v. Taylorville Chiropractic*, No. 09 L 0509 (Cir. Ct. of St. Clair Cnty., Ill.).

*Nack v. Lexisnexis*, No. 13 CH 1147 (Cir. Ct. of Lake Cnty., Ill. Jul. 18, 2013).

*Nafplion, Inc. v. Ansam Commercial Kitchen, et al.*, No. BER L 5040 09 (Bergen Cnty, NJ Aug. 18, 2011).

*Neurocare Inst. of Central Florida v. Healthtap*, No. 13 C 1228 ORL 31 DAB (M.D. Fla. Nov. 24, 2014).

*New United v. Brown Commercial Group*, No. 09 CH 15984 (Cir. Ct. of Cook Cnty., Ill. Feb. 27, 2014).

*Olsen v. Global Bizdimensions, LLC*, No. 08SL CC00248 01 (Cir. Ct. of St. Louis Cnty., Mo. May 24, 2012).

*P.J.'s Concrete Pumping Service v. Nextel Wireless*, No. 01 MR 860 (Cir. Ct. of Cook Cnty, Ill. Jul. 31, 2012).

*Paldo Sign & Display Co. v. Topsail Sportswear, Inc.*, No. 08-cv-5959 (N.D. Ill. Dec. 21, 2011).

*Pekin Ins. Co. v. XData Solutions, Inc.*, No. 09 CH 15303 (Cir. Ct. of Cook Cnty., Ill. Dec.16, 2011).

*Percic Enterprises, Inc. v. European Autoworks, Inc.*, No. 27-CV-09-29139 (4th Dist. Ct.

of Minn. Aug. 2, 2011).

*Pezl v. Amore Mio, Inc.*, No. 13 CH 12871, (Cir. Ct. of Cook Cnty., Ill. Jan. 23, 2014).

*Quality Management & Consulting Servs., Inc. v. Blackhawk Paving, Inc.*, No. 08 CH 14373 (Cir. Ct. of Cook Cnty, Ill. Apr. 21, 2009).

*Quality Management & Consulting Servs., Inc. v. PPP-MP, Inc., PPP-SCH, Inc. and PPP, Inc.*, No 09 CH 196443 (Cir. Ct. Cook Cnty., Ill. Mar. 8, 2012).

*Radha Geismann, M.D., P.C. v. Allscripts-Misys Healthcare Solutions, Inc.*, No. 09 CV 5114 (N.D. Ill. Feb. 16, 2012).

*Radha Geismann, M.D., P.C. v. Byram Healthcare Ctrs., Inc.*, No. 14 CH 23 (Cir. Ct. of Lake Cnty., Ill. 2014).

*Rob-Lynn Enterprises, Inc. v. Competitive Door and Supply Co.*, No. 09 CH 19862 (Cir. Ct. of Cook Cnty., Ill. Mar. 12, 2010).

*Rob-Lynn Enterprises, Inc. v. Taste of India, Inc.*, No. 09 CH 17570 (Cir. Ct. of Cook Cnty., Ill. Aug. 18, 2011).

*Sabon v. Aqualogic*, No. 09 037436-07 (Cir. Ct. of Broward Cnty., Fla. Dec. 18, 2014).

*Sawyer v. Atlas Heating and Sheet Metal Works, Inc.*, No. 2:10 CV 00331 LA (E.D. Wis. Jul. 19, 2013).

Shurland v. Bacci Café & Pizzeria on Ogden, Inc., No. 08 C 2259 (N.D. Ill. Aug. 3, 2012)

*Slater v. Richgeis, LLC*, No. PC 09 7202 (R.I. Super. Mar. 5, 2013).

*Stonecrafters, Inc. v. Wholesale Life Ins. Brokerage, Inc.*, No. 03 CH 435 (Cir. Ct. of McHenry Cnty., Ill. May. 2, 2005).

*Tabass v. Castle Screen Print Corp.*, No. 04 L 1394 (Cir. Ct. of DuPage Cnty., Ill. Dec. 10, 2008).

*Targin Sign Sys., Inc. v. Midwest Energy Inc.,* No. 07-cv-6429 (N.D. Ill. Jul. 22, 2009).

*Targin Sign Sys., Inc. v. Preferred Chiropractic Ctr., Ltd.*, No. 09 C 1399 (N.D. Ill. May 26, 2011).

*Targin Sign Sys., Inc. v. XDATA Solutions, Inc.*, No. 09 CH 12180 (Cir. Ct. of Cook Cnty., Ill. Jun 3, 2009).

*Tarnaris & ACM Assocs. v. Dumpsters. Inc.*, No. 06 CH 2351 (Cir. Ct. of Lake Cnty., Ill. Dec. 14, 2010).

*Telecommunications Network Design, Inc. v. Agility Computer Network Servs., LLC*, No. 03 CH 8478 (Cir. Ct. of Cook Cnty., Ill. Jun. 27, 2005).

*Telecommunications Network Design, Inc. v. McLeod USA,* No. 03 CH 8477 (Cir. Ct. of Cook Cnty., Ill. Jan. 07, 2010).

*Telecommunications Network Design, Inc. Paradise Distributing, Inc.*, No. 03 CH 8483 (Cir. Ct. of Cook Cnty., Ill. Jun. 5, 2006).

*The Siding and Insulation Co. v. Beachwood Hair Clinic, Inc.*, No. 11 CV 01074 (N.D. Ohio Dec. 3, 2012).

*Torimino v. NETCO, Inc.*, No. 04 L 238 (Cir. Ct. of Madison Cnty., Ill. Apr. 28, 2014).

*Tree Care Enters., Inc., v. Millennium Stone Crete Techs., Inc.*, No. 10 CH 03343 (Cir. Ct. of Cook Cnty., Ill. Sept. 30, 2011).

*Van Sweden Jewelers, Inc., v. 101 VT, Inc. et al.*, No. 10 CV 253 (W.D. Mich. Jul. 30, 2015).

*Wilder Chiropractic, Inc. v. Microwize Techn., Inc.*, No. 11 CV 4357 (Cir. Ct. of Dane Cnty., Wis.).

*Wilder Chiropractic, Inc. v. Pizza Hut of S. Wisconsin, Inc.*, No. 10 CV 229 SLC (W.D. Wis. Jul. 28, 2011).

*Windmill v. Gornick's Auto Rebuilders, Inc. & James A. Gornick*, No. 09 CH 15975 (Cir. Ct. of Cook Cnty., Ill. Feb. 26, 2014).

*Windmill Nursing Pavillion, LTD v. Res-Care Illinois, Inc.*, No. 09 CH 16377 (Cir. Ct. of Cook Cnty., Ill. Aug. 27, 2014).

*Windmill Nursing Pavillion v. Unitherm, Inc.,* No. 09 CH 16030 (Cir. Ct. of Cook Cnty., Ill. Dec. 17, 2010).

*Welles v. Sprint Corp.*, No. 01 CH 1387(Cir. Ct. of Cook Cnty., Ill. Dec. 2, 2009).

*Wratchford v. Accredited Home Lenders, Inc.*, No. 02 L 1556 (Cir. Ct. of Madison Cnty, Ill. Jun. 6, 2008).

*Wratchford v. Household Fin. Servs., Inc.*, No. 03 L 541 (Cir. Ct. of Madison Cnty., Ill. Sept. 03, 2010).

*Zersen v. Ramsgate & American Consol. Bus. Owners Alliance, Inc., et al.*, No. 10 CH 22349 (Cir. Ct. of Cook Cnty., Ill. Sept. 11, 2015).

<u>**OTHER PENDING CLASS ACTIONS**</u>:

We are litigating dozens of putative class actions in state and federal courts.

**PHILLIP A. BOCK**

## Manager of the Firm

## EDUCATION

### University of Virginia School of Law

Degree: J.D., 1994

Editorial Board of the Virginia Tax Review; Co-author of "Blending Reform of Tort Liability and Health Insurance: A Necessary Mix. Part II: The Data," 79 CORNELL L. REV. 1315; Moot Court.

### University of Illinois at Urbana-Champaign

Degree: M.A., 1991 (Political Science)

University Fellowship Recipient; Research Assistant for the Merriam Laboratory for Analytic Political Research; Instructor of Urban/Metropolitan Government; Student Representative on the Faculty Senate; Member of the Faculty Senate Student Disciplinary Committee.

### Augustana College

Degree: B.A. (Business Administration/Political Science)

Phi Beta Kappa; Dean's List; Political Science Book Award; President of the Pre-Law Club; Co-Chair of the Student Judiciary Committee; Student Representative on the Admissions and Financial Aid Committee.

## ADMISSIONS

Illinois, Nov. 10, 1994

Florida, Nov. 28, 2011

United States Supreme Court, 2013

United States Court of Appeals for the District of Columbia Circuit, 2016

United States Court of Appeals for the First Judicial Circuit, 2014

United States Court of Appeals for the Third Judicial Circuit, 2008

United States Court of Appeals for the Sixth Judicial Circuit, 2010

United States Court of Appeals for the Seventh Judicial Circuit, 1998

United States Court of Appeals for the Eighth Judicial Circuit, 2011

United States Court of Appeals for the Ninth Judicial Circuit, 2015

United States Court of Appeals for the Eleventh Judicial Circuit, 2013

United States District Court for the Central District of Illinois, 2010

United States District Court for the Northern District of Illinois, 1994

 Trial Bar for the Northern District of Illinois, 1998

United States District Court for the Southern District of Illinois, 2002

United States District Court for the Middle District of Florida, 2013

United States District Court for the Southern District of Florida, 2012

United States District Court for the Eastern District of Michigan, 2011

United States District Court for the Western District of Michigan 2011

United States District Court for the Eastern District of Missouri, 2012

United States District Court for the Eastern District of Wisconsin, 2010

United States District Court for the Western District of Wisconsin, 2010

## CURRENT PROFESSIONAL ORGANIZATIONS

Lake County Bar Association

Chicago Bar Association

## APPELLATE EXPERIENCE IN CLASS ACTIONS

U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Third Circuit, U.S. Court of Appeals for the Sixth Circuit, Supreme Court of Illinois, Illinois Court of Appeals for the First District, Illinois Court of Appeals for the Second District, Illinois Court of Appeals for the Fifth District, California Court of Appeals.

# ROBERT M. HATCH

## PROFESSIONAL EMPLOYMENT

### Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)

Attorney: July 2005 to present

### Diab & Bock (f/k/a Macey Chern & Diab)

Of Counsel: 2001 to July 22, 2005

### Lovells

Partner: 1998 to 2001

Associate: 1995 to 1998

### Sidley & Austin

Associate: 1990 to 1995

## EDUCATION

### Wayne State University

Degree: J.D., 1990

Honors: Cum Laude, Order of the Coif

### University of Michigan

Degree: B.A., 1986

## ADMISSIONS

Illinois, 1990

Hawaii, 2002

Michigan, 1992

United States Court of Appeals for the Seventh Judicial Circuit, 1996

United States District Court for the District of Arizona, 1997

United States District Court for the Northern District of Illinois, 1990

## PROFESSIONAL ORGANIZATIONS

### Chicago Bar Association

Member: 1991 to present

Chair: Consumer Credit Committee 1999

### Asian American Bar Association for the Greater Chicago Area

Member: 1991 to present

Chair: Legislative and Judicial Developments Committee 1992-94

Awards: Member of the Year Award 1993

## PUBLISHED ARTICLES

"RICO Theories, Cases and Strategies In Consumer Litigation: Strategies for Defending Section 1962 Claims," 53 Consumer Finance Law Quarterly Report 140 (1999)

"*Taylor v. Quality Hyundai, Inc.:* Assignee Liability Under Section 1641(a) of the Truth in Lending Act," 52 Consumer Finance Law Quarterly Report 354 (1998)

## PRIOR CONSUMER CLASS ACTION EXPERIENCE

*Ashley v. Associates Corporation of North America*, No. 1:97-CV-1451 (N.D. Ga.)

*Associates Financial Services Corporation v. Rutter*, No. 98 CV 242 (Court of Common Pleas, Fairfield County, Ohio)

*Associates Financial Services Corporation v. Hull*, No. 98 CVE-01-442 (Court of Common Pleas, Franklin County, Ohio)

*Barboza v. Ford Consumer Finance Company*, No. 94-12352-GAO (D. Mass.)

*Bornhorst v. Primus Automotive Financial Services, Inc.*, No. 1:96 CV 1421 (N.D. Ohio)

*Boyd v. Associates Finance, Inc.*, No. 99 CH 16604 (Circuit Court of Cook County)

*Bruyer v. Ford Motor Credit Company*, No. 97-549 (D. Minn.)

*Caldwell v. Greater Illinois Title Company*, No. 01 CH 11452 (Circuit Court of Cook County) (Illinois class certified and settled)

*Carter v. Associates Financial Services Company, Inc.*, No. 96-04652-1 (District Court of Dallas County, 162d Judicial District, Texas)

*Cheng v. Ford Motor Credit Company*, No. 97 C 1711 (N.D. Ill.)

*Chin v. Chicago Title*, No. 01 CH 9890 (Circuit Court of Cook County) (statewide class certified and settled)

*Christakos v. Intercounty Title Company*, No. 99 C 8334 (N.D. Ill.)

*Coleman v. Associates National Bank*, No. 97 C 5959 (N.D. Ill.)

*Crawford v. Associates Corporation of North America*, No. 97-14346 (22d Judicial District Court, Parish of St. Tamany, Louisiana)

*DeLeon v. Beneficial Construction Company*, No. 97 C 0040 (N.D. Ill.)

*Denton v. Associates Finance, Inc.*, No. 96 CH 10494 (Circuit Court of Cook County)

*Dixon v. Associates Financial Services Company of Florida, Inc.*, No. 96-16-CIV-FTM-24D (M.D. Fla.)

*Djordjevic v. Jacobs Twin Buick, Inc.*, No. 97 CH 10883 (Circuit Court of Cook County)

*Drehobl v. Guaranty Home Equity Corporation*, No. 00 C 4181 (N.D. Ill.)

*Fallon v. Ford Motor Credit Company*, No. 95 L 933 (Circuit Court for the 18th Judicial Circuit, DuPage County, Illinois)

*Fillinger v. Ford Motor Credit Company*, No. 96 C 2357 (N.D. Ill.)

*Fitez v. Fairfield Ford, Inc.*, No. 95 L 756 (Circuit Court for the 18th Judicial Circuit, DuPage County, Illinois)

*Gonzales v. Associates Financial Corp.*, (District Court, Sedgwick County Kansas)

*Goodwin v. Ford Motor Credit Company*, 97 T 3155 (M.D. Ala.)

*Gray v. SunStar Acceptance Corporation*, No. 96 C 186 (N.D. Ill.)

*Grimaldi v. Patrick Webb, Jr.*, No. 97 CH 933 (Circuit Court of Cook County)

*Groth v. TranSouth Financial Corp.*, No. 95 C 5429 (N.D. Ill.)

*Hostettler v. Ford Motor Credit Company*, No. IP96-08979-C-B/S (S.D. Ind.)

*In re Ford Motor Credit Company Motor Vehicle Lease Litigation*, No. MDL 1160 (S.D.N.Y.)

*J. Cotey, Inc. v. Ford Motor Credit Company*, No. 96 CH 4887 (Circuit Court of Cook County)

*Knight v. Ford Motor Credit Company*, No. 334772 (Court of Common Pleas, Cuyahoga County, Ohio)

*Locke v. Associates First Capital Corporation*, No. 99-542-PER (S.D. Ill.)

*Martin v. Heinold Commodities, Inc.*, 163 Ill.2d 33 (1994)

*Morrow v. Associates Financial Services Corporation (Ohio)*, No. C-3-96-379 (S.D. Ohio)

*Myers v. Kentucky Finance, Inc.*, No. 97-C-288-1 (Circuit Court of Harrison County, West Virginia)

*Noble v. Associates Financial Services Corporation*, No. 99 C 4887 (N.D. Ill.)

*Patton v. J.B. Robinson Jewelers, Inc.*, No. 97 C 4151 (N.D. Ill.)

*Paul's Pest Control, Inc. v. Ford Motor Credit Company*, No. 2:97-601 (E.D. La.)

*Reed v. Worldwide Financial Services, Inc.*, No. 98 C 4294 (N.D. Ill.)

*Richardson v. Associates Financial Life Insurance Company, Inc.*, No. 315343 (Court of Common Pleas, Cuyahoga County, Ohio)

*Rosen v. Primus Automotive Financial Services, Inc.*, No. CT 98-002733 (District Court for the 4th Judicial District, Hennepin County, Minnesota)

*Rubin v. Associates Financial Life Insurance Company, Inc.*, No. 3:96 CV

393/LAC (N.D. Fla.)

*Sanchez v. GN Mortgage Corporation*, No. 99 C 4286 (N.D. Ill.)

*Sartory v. Ford Motor Credit Company*, No. 96 8609 (S.D. Fla.)

*Smith v. Associates Finance, Inc.*, No. 99 C 6175 (N.D. Ill.)

*Stevens v. Associates Finance, Inc.*, No. 95 C 2278 (N.D. Ill.)

*Stewart v. Associates Consumer Discount Company*, No. 97-CV-4678 (E.D. Pa.)

*Taylor v. Quality Hyundai, Inc.*, 150 F.3d 689 (7th Cir. 1998)

*Troup v. Associates Financial Services Company, Inc.*, No. 3:98 CV 0280 RM (N.D. Ind.)

*Urbanek v. Associates Financial Services Company of Wisconsin, Inc.*, No. 97-CV-210 (Circuit Court of Wood County, Wisconsin)

*Werbowsky v. Ford Motor Credit Company*, No. 95 Civ. 1876 (S.D.N.Y.)

*Wheeler v. TranSouth Financial Corporation*, No. 5:97-CV754.BR(3) (E.D.N.C.)

*Williams v. TranSouth Financial Corporation*, Nos. 96 B 24867, 98 A 00875 (N.D. Ill. Bankr.)

*Winn v. Associates First Capital Corporation*, No. 99 C 1227 (Circuit Court of Madison County, Illinois)

# TOD A. LEWIS

## PROFESSIONAL EMPLOYMENT

**Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)**

Attorney: January 2008 to present

**Esopus Creek Capital**

Analyst: October 2006 to December 2007

**Freed & Weiss LLC**

Attorney: April 2000 to September 2006

**Horvath & Lieber, P.C.**

January 1999 to March 2000

**U.S. Dept. of Housing and Urban Development, Office of Inspector General**

September 1990 to December 1998

**U.S. Attorney's Office – Northern District of Illinois**

Intern – Fall 1997

## EDUCATION

**Illinois Institute of Technology – Chicago-Kent College of Law**

Degree: J.D., May 1998 (Honors)

Honors: G.P.A.: 3.528/4.000; Class Rank – Top 14% (51/360); Dean's List – All Semesters; Academic Scholarships: (1) Kent Merit Scholar (three time recipient); (2) John H. Cox Scholar; (3) Edmund L. Grimes Scholar; (4) Shirley Schmidt Scholar.

**Western Michigan University**, Kalamazoo, Michigan

Degree: Bachelor of Business Administration, June 1990 – Major: Accountancy

Honors: Beta Alpha Psi Fraternity (Scholastic Honorary)

26

## ADMISSIONS

Illinois, 1998

Texas, 2014

U.S. Court of Appeals for the Seventh Circuit, 2015

U.S. District Court for the Northern District of Illinois, 1998

U.S. District Court for the Eastern District of Michigan, 2012

U.S. District Court for the Western District of Michigan, 2012

U.S. District Court for the Eastern District of Missouri, 2012

U.S. District Court for the Southern District of Texas, 2016

U.S. District Court for the Eastern District of Wisconsin, 2013

## FEDERAL COURT P*RO HAC VICE* ADMISSIONS:

U.S. District Court for the Southern District of Florida, 2016

U.S. District Court for the District of Massachusetts, 2013

U.S. District Court for the District of New Jersey, 2013

## PUBLISHED ARTICLES

*The Illinois Whistleblower Reward and Protection Act and its Qui Tam Provisions*, 88 Illinois Bar Journal 392 (2000)

## DAVID M. OPPENHEIM

### PROFESSIONAL EMPLOYMENT

**Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)**

Attorney: April 2016 to present

**Anderson + Wanca**

Attorney: 2009 to April 2016

**Wildman Harrold Allen & Dixon LLP,**

Attorney: 2002 to 2009

### EDUCATION

**Harvard Law School**

Degree: J.D., 2002

Honors/Activities: Third Year Paper: *Congressional Redistricting and the Voting Rights Act.*

**Yale University**

Degree: B.A., 1999 Political Science/ Economics

### ADMISSIONS

Illinois, 2002

United States Supreme Court, 2010

United States Court of Appeals for the District of Columbia Circuit, 2010

United States Court of Appeals for the First Circuit, 2013

United States Court of Appeals for the Second Circuit, 2014

United States Court of Appeals for the Third Circuit, 2013

United States Court of Appeals for the Fourth Circuit, 2012

United States Court of Appeals for the Sixth Circuit, 2013

United States Court of Appeals for the Seventh Circuit, 2005

United States Court of Appeals for the Eighth Circuit, 2008

United States Court of Appeals for the Ninth Circuit, 2011

United States Court of Appeals for the Tenth Circuit, 2014

United States Court of Appeals for the Eleventh Circuit, 2013

United States District Court for the Northern District of Illinois, 2002

United States District Court for the Eastern District of Michigan, 2012

United States District Court for the Western District of Michigan, 2012

United States District Court for the Northern District of Ohio, 2014

United States District Court for the Eastern District of Wisconsin, 2012

United States District Court for the Western District of Wisconsin, 2011

## PUBLISHED ARTICLES

*"Hawala Banking: A Potential Tool for Funding Terrorism,"* 14 Bank and lender Liability Litigation Reporter, Issue 09, Sept.15, 2008 (Co-Author).

## JONATHAN B. PIPER

### PROFESSIONAL EMPLOYMENT

#### Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)

Attorney: March 2012 to present

#### Cascino Vaughan Law Offices Ltd.

Attorney: November 19, 2011 to March 16, 2012

#### LakinChapman LLC

Attorney: March 1, 2007 to November 17, 2011
Opened Firm's Chicago Office

#### Freed Weiss LLC

Attorney: May 31, 2003 to February 1, 2007

#### Office of the State Appellate Defender

Attorney: May 1, 2002 to May 31, 2003

#### Sonnenschein Nath & Roshenthal

Attorney: September 1, 1987 to April 31, 2002

### EDUCATION

#### The Yale Law School

Degree: J.D., 1987

#### Princeton University

Degree: A.B. 1981, Religion.

Honors/Activities: Magna cum Laude; Phi Beta Kappa.

### ADMISSIONS

Illinois, 1987

United States Supreme Court, 2013

United States court of Appeals for the Third Circuit, 2007

United States Court of Appeals for the Seventh Circuit, 1989

United States District Court for the Northern District of Illinois, 1987

United States District Court for the Southern District of Illinois, 2006

United States District Court for the Eastern District of Michigan, 2015

United States District Court for the Eastern District of Missouri, 2014

## PRIOR CLASS ACTION EXPERIENCE

Numerous class actions representing consumers who have purchased defective products or have been defrauded by unfair business practices.

## DANIEL J. COHEN

### PROFESSIONAL EMPLOYMENT

**Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)**

Attorney: January 2010 to present

**LakinChapman LLC**

Attorney: February 2002 to June 2009
Opened Firm's Chicago Office

**Bauer & Baebler, P.C.**

Attorney: June 1998 to February 2002

**C. Marshall Friedman, P.C.**

Attorney: February 1995 to June 1998

**Law Offices of Jon G. Carlson, P.C.**

Attorney: May 1992 to January 1995


### EDUCATION

**Washington University School of Law, St. Louis, MO**

Degree: J.D., 1992

**Washington University, St. Louis, MO**

Degree: B.A., 1989, Political Science


### ADMISSIONS

Illinois, 1993

Missouri, 1992

United States Court of Appeals for the Fifth Circuit, 1998

United States Court of Appeals for the Seventh Circuit, 2002

United States Court of Appeals for the Tenth Circuit, 2004

United States Court of Appeals for the Eleventh Circuit, 2013

United States District Court for the Southern District of Illinois, 2003

United States District Court for the Northern District of Illinois, 2012

United States District Court for the Eastern District of Michigan, 2012

United States District Court for the Eastern District of Missouri, 1995

United States District Court for the Western District of Missouri, 2012

United States District Court for the Eastern District of Wisconsin, 2010

# JAMES M. SMITH

## PROFESSIONAL EMPLOYMENT

### Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)

Attorney: April 2008 to present

### Horwitz, Horwitz & Associates, Ltd.

Attorney: 2005 to April 2008

## EDUCATION

### The John Marshall Law School

Degree: J.D., 2005

### Lewis University

Degree: B.A. 2000, Criminal Justice

Honors/Activities: Harold M. Finley scholarship, president of pre-law club, member of mock trial team, vice president of Phi Kappa Theta, Dean's List.

## ADMISSIONS

Illinois, 2005

United States Court of Appeals for the Seventh Circuit, 2007

United States Court of Appeals for the Ninth Circuit, 2013

United States District Court for the Northern District of Illinois, 2005

> Trial Bar for the Northern District of Illinois, 2015

United States District Court for the Southern District of Illinois, 2005

United States District Court for the Eastern District of Michigan, 2015

United States District Court for the Western District of Michigan 2015

United States District Court for the Eastern District of Missouri, 2013

United States District Court for the Eastern District of Wisconsin, 2012

## PRIOR CLASS ACTION EXPERIENCE

Numerous class actions representing consumers who have purchased defective products or have been defrauded by unfair business practices.

# JULIA L. TITOLO

## PROFESSIONAL EMPLOYMENT

### Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)

Attorney: August 2013 to present

### JP Morgan Chase

Consultant: August 2012 to July 2013

### The Bellows Law Group, PC

Attorney: March 2011 to March 2012

## EDUCATION

### The University of Georgia School of Law

Degree: J.D., 2010

Honors: Law School Association Scholarship recipient (2007-2010), Winner of the American Bar Association Section of Intellectual Property Law and the Bureau of National Affairs Award for Excellence in the Study of Intellectual Property Law (2010)

Senior Notes Editor, University of Georgia School of Law Journal of Intellectual Property Law

### The University of Georgia

Degree: B.A. 2005, International Affairs.

Honors/ Activities: Magna Cum Laude, Dean's List, semester at Oxford University, Oxford, England

## ADMISSIONS

Illinois, 2010

Georgia, 2011

United States District Court for the Central District of Illinois, 2014

36

United States District Court for the Northern District of Illinois, 2013

United States District Court for the Southern District of Illinois, 2016

United States District Court for the Eastern District of Michigan, 2016

## PRIOR CLASS ACTION EXPERIENCE

Numerous class actions representing consumers who have purchased defective products or have been defrauded by unfair business practices.

## PUBLISHED ARTICLES

*Talking in Class:  A Cautionary Tale About Conduct with Class Members*, The Docket (The Official Publication of the Lake County, Illinois, Bar Association), Vol. 22, No. 4, April 2015.

*A Trademark Holder's Hangover:  Reconciling the Alcohol and Tobacco Tax and Trade Bureau's System of Designating American Viticultural Areas with the Lanham Act*, 17 J. INTELL. PROP. L. 173 (2009).

# KIMBERLY M. WATT

## PROFESSIONAL EMPLOYMENT

### Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)

Attorney: May 2014 to present

### Deputy Prosecutor for Canyon County, Idaho

Attorney: Dec. 2010 to Jun. 2012

### Fourth Judicial District of the State of Idaho

Judge's Law Clerk/Staff Attorney: Jul. 2008 to Dec. 2010

## EDUCATION

### The University of Idaho College of Law

Degree: J.D., 2008

Honors/ Activities: Magna Cum Laude; Deans list all semesters; James E. Rogers Scholarship Recipient; Alumni Award for Excellence; Managing Editor of the Idaho Law Review Symposium Edition, Law & Healthcare: Bridging the Divisions (2008).

Eminent Doman Regulatory Takings, and Legislative Responses in the Post-Kelo Northwest 43 Idaho L. Rev. 539 (2006-2007).

### New Mexico State University

Degree: B.A. 1994, Theatre Arts

Honors/ Activities: University Honors, Crimson Scholar, Mark Medoff Scholarship Recipient

## ADMISSIONS

Idaho, 2008

Illinois, 2012

United States District Court for the Northern District of Illinois, 2015

United States District Court for the Southern District of Illinois, 2016

United States District Court for the Western District of Michigan, 2015

**JOHN P. ORELLANA**

## PROFESSIONAL EMPLOYMENT

**Bock, Hatch, Lewis & Oppenheim, LLC (f/k/a/ Bock & Hatch, LLC)**

Attorney: November 2016 to present

**Krislov & Associates, Ltd.**

Attorney: November 2012 to December 2015

## EDUCATION

**Chicago-Kent College of Law**

Degree: J.D., 2012

Honors/Activities: Ida Platt Full Tuition Scholarship Recipient (renewed all three years); Dean's List numerous semesters; Seventh Circuit Review Law Journal: *Two-Thirds of an Evidentiary Requirement: Are Courts Too Strict in Construing the Two-Thirds Citizenship Requirement of the CAFA Home-State Exception?*, 6 SEVENTH CIRCUIT REV. 82 (2010).

**Rutgers College**

Degree: B.A. 2008, Economics & Philosophy (double major)

Honors/Activities: Honors Thesis; Departmental High Honors in Philosophy; Member of the Class of 1970 Philosophy Speaker's Committee (2008); Dean's List numerous semesters.

## ADMISSIONS

Illinois, 2012

United States District Court for the Northern District of Illinois, 2013

## PRIOR CLASS ACTION AND COMPLEX LITIGATION EXPERIENCE

*Fox v. Riverview Realty Partners, f/k/a Prime Group Realty Trust, et al.*, No. 12 C 9350 (N.D. Ill.) (Breach of fiduciary duty class action litigation on behalf of preferred shareholders of REIT against management and directors who disloyally issued common shares to equity firm in order to oust class' voting rights and subsequently merge with equity firm for insufficient consideration. Obtained $8.25 million settlement for the class)

*Roeser v. Best Buy Co., Inc., et al.*, Civil No. 13-1968 (JRT/HB) (D. Minn.)(Consumer fraud class action litigation against Geek Squad and related entities for failure to abide by terms of service agreement. Obtained class-wide settlement extending terms of service contracts with cumulative settlement benefits of about $12 million)

*Velez v. Concordia University Chicago*, No. 2013 CH 11308 (Cir. Ct. of Cook Cnty., Ill. Apr. 2013) (Consumer fraud and breach of contract litigation against university for unilateral termination of master's program accreditation. Obtained class-wide cash settlement Dec. 2015)

*Jones et al. v. Municipal Employees' Annuity and Benefit Fund of Chicago, et al.*, 2016 IL 119618, 50 N.E.3d 596 (Ill. 2016) (Constitutional challenge to pension bill for violation of Illinois Constitution's pension protection clause. Summary judgment striking down the bill affirmed by Illinois Supreme Court Mar. 24, 2016)

*Independent Voters of Illinois Indep. Precinct Org. v. Ahmad and Chicago Parking Meters, LLC*, No. 1-12-3629, 2014 IL App (1st) 123629 (Ill. App. Ct. 2014) (Constitutional challenge to the concession agreement governing Chicago's 2008 $1.16 billion lease of the city's parking meters to a Morgan Stanley owned entity)