# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

ARcare, Inc., on behalf of itself and all
others similarly situated,

       Plaintiff,

    v.

Cynosure, Inc.,

       Defendant.

No. 1:16-cv-11547-DPW

## DECLARATION OF ZACHARY COOLEY
## RE: NOTICE PROCEDURES

I, Zachary Cooley, declare as follows:

1.    I am employed as a Project Manager by KCC Class Action Services, LLC ("KCC"), located at 462 South 4th Street, Louisville, KY 40202. KCC was appointed as the Settlement Administrator in this matter and is not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

## CAFA Notification

2.    On January 26, 2017, Plaintiffs in the above-captioned matter filed a Motion to Certify Settlement Class and Authorize Notice about the Proposed Settlement, and attached the following as Exhibits: Memorandum in Support of Plaintiffs' Motion, Settlement Agreement and Release, Fax Notice, Long Form Notice, Mail Notice, Proof of Claim Form, (Proposed Order Preliminarily Approving Settlement and Certifying Settlement Class, (Proposed) Final Order of Approval, and Firm Resumes and Attorney Biographies for Bock, Hatch, Lewis & Oppenheim, LLC and Carney Bates & Pulliam.

1

3. On February 3, 2017, KCC caused 62 CAFA Notice Packets to be sent by United States Postal Service ("USPS") Priority Mail letters addressed to the United States Attorney General, the attorneys general of all 50 states and the U.S. territories, the attorney general of the District of Columbia, and Plaintiff and Defense Counsel. Each CAFA Notice was accompanied by a CD containing the documents listed in the CAFA Notice. A true and correct copy of a sample CAFA Notice is attached hereto as Exhibit A. A true and correct copy of the distribution list and tracking numbers for the February 3, 2017 mailings is attached as Exhibit B.

4. On March 3, 2017, per the request of the Court, Plaintiffs executed an Amended Settlement Agreement and Release and filed an amended Motion to Certify Settlement Class and Authorize Notice about the Proposed Settlement, and attached the following amended Exhibits: Memorandum in Support of Plaintiffs' Motion, Amended Settlement Agreement and Release, Fax Notice, Long Form Notice, Mail Notice, Proof of Claim Form, (Proposed Order Preliminarily Approving Settlement and Certifying Settlement Class, (Proposed) Final Order of Approval, and Firm Resumes and Attorney Biographies for Bock, Hatch, Lewis & Oppenheim, LLC and Carney Bates & Pulliam.

5. On March 13, 2017, KCC caused 62 Supplemental CAFA Notice Packets to be sent by United States Postal Service ("USPS") Priority Mail letters addressed to the United States Attorney General, the attorneys general of all 50 states and the U.S. territories, the attorney general of the District of Columbia, and Plaintiff and Defense Counsel. Each Supplemental CAFA Notice was accompanied by a CD containing the documents listed in the Supplemental CAFA Notice. A true and correct copy of a sample Supplemental CAFA Notice is attached hereto as Exhibit C. A true and correct copy of the distribution list and tracking numbers for the February 3, 2017 mailings is attached as Exhibit D.

6. As of the date of this Declaration, KCC has received no return CAFA packets from

2

the USPS, indicating all parties have received the CAFA Notice as required by statute.

**Class List**

7.      On March 14, 2019, KCC received from Defense Counsel a list of 76,567 unique fax numbers identified as the Class List.  The Class List consisted of fax numbers only.  KCC then performed a reverse fax search for the all fax numbers included on the Class List and 27,353 records were updated.

**Notice**

8.      On March 25, 2019, KCC caused the Notice and Claim Form (collectively, the "Fax Packet") to be faxed to 76,567 unique fax numbers in the Class List.  A true and correct copy of the Fax Packet is attached hereto as Exhibit E.  Of the 76,567 fax transmissions, 36,496 were unsuccessful after three attempts, for a 52.33% success rate.

9.      Of the 36,496 unsuccessful fax transmissions, KCC used the reverse fax lookup results to identify addresses for 16,049 fax numbers and on March 28, 2019, KCC caused the Mail Notice and Claim Form (collectively, the "Mailing Packet") to be mailed to these addresses. A true and correct copy of the Mailing Packet is attached hereto as Exhibit F.

10.     To date, KCC has received a total of 3,359 Mailing Packets returned by the U.S. Postal Service without forwarding address information.  KCC ran a search for updated addresses for these Class Members and found updated addresses and remailed to 377.  Accordingly, KCC estimates that 53,140 of the Class List or 69.40% of the Settlement Class Members were reached via fax or mail.

**Case Website**

11.     On or about March 25, 2019, KCC established a case website: www.cynosettlement.com to provide information regarding the Settlement to the Class Members. The website URL was provided in both the Fax Packet and Mailing Packet.  Visitors of the

3

website can download copies of the Complaint, Settlement Agreement, and other case-related documents. Visitors can also file a claim online using the Claim ID and PIN Code found on their Claim Form.

**Toll-Free Telephone Number**

12.      On or about March 25, 2019, KCC established a toll-free telephone number (866-298-4191) to allow Class Members to call and obtain information about the settlement in the form of recorded answers to Frequently Asked Questions. Prior to the Claims deadline, callers could also request that a Claim Form be sent to them. This automated phone system is available 24 hours per day, 7 days per week.

**Fax Number**

13.      Prior to March 25, 2019, KCC established a fax number (866-298-7192) to send Fax Packets and receive Claim Forms from Class Members.

**Claim Forms Received**

14.      To date, KCC has received 2,966 timely claim forms submitted via the website, mail and facsimile. KCC is still processing claims and identifying duplicates. It is not yet known how many valid fax numbers are included in the timely, unique claim forms that have been submitted. As of the executing of this declaration KCC has received no late Claim Forms which were faxed or postmarked after the Claims Deadline.

**Request for Exclusion from Class**

15.      The deadline for Settlement Class Members to request to be excluded from the class is May 27, 2019. As of the date of this declaration, KCC has received two (2) requests for exclusion. A list of these requests for exclusion is attached hereto as Exhibit G.

4

**Objections to the Settlement**

16.     The postmark deadline for Class Members to object to the settlement is May 27, 2019.  As of the date of this declaration, KCC has received no objections to the settlement.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 16th day of May, 2019 at Louisville, Kentucky.




ZACHARY COOLEY

# EXHIBIT A

WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

February 3, 2017

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

Re:   Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

WILMER CUTLER PICKERING HALE AND DORR LLP represents Cynosure, Inc. ("Defendant") in a putative class action lawsuit entitled *ARcare, Inc., an Arkansas Corporation, on behalf of itself and all others similarly situated, v. Cynosure, Inc.*, Case No. 1:16-cv-11547-DPW. The lawsuit is pending before the Honorable Donald P. Woodlock in the United States District Court for the District of Massachusetts. This letter is to advise you that Plaintiff filed a Motion for Preliminary Approval of Classaction Settlement and Approval of the Proposed Notice of Settlement in connection with this class action lawsuit on January 26, 2017.

| | |
|---|---|
| **Case Name:** | ***ARcare, Inc. v. Cynosure, Inc.*** |
| **Case Number:** | **Civil Action No. 1:16-cv-11547-DPW** |
| **Jurisdiction:** | **United States District Court, District of Massachusetts** |
| **Date Settlement Filed with Court:** | **January 26, 2017** |

Defendant denies any wrongdoing or liability whatsoever, but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

«First» «Last»
February 3, 2017
Page 2

WilmerHale

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Plaintiff's Class Action Complaint and Defendant's Answer to the Complaint* are included on the enclosed CD Rom.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of February 3, 2017, the Court has not yet scheduled a final fairness hearing in this matter. Plaintiff filed a *Motion for Preliminary Approval of Classaction Settlement and Approval of the Proposed Notice of Settlement* on January 26, 2017, and a hearing on the motion was held on January 31, 2017 at 2:30 p.m. in Courtroom 1 before the Honorable Douglas P. Woodlock. A copy of the *Motion for Preliminary Approval of Classaction Settlement and Approval of the Proposed Notice of Settlement* is included on the enclosed CD Rom. Following the hearing, the Court granted the parties leave to file amended submissions on or before March 3, 2017 or to choose to rest on the present submissions, after which the Court will schedule an appropriate proceeding.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Fax Notice, Long Form Notice, Mail Notice and Proof of Claim Form* that are to be provided to the class are included on the enclosed CD Rom.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Settlement Agreement and Release* is included on the enclosed CD Rom.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** A copy of *a January 26, 2017 side letter between the parties* is included on the enclosed CD Rom.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** No Final Judgment has been reached as of February 3, 2017, nor have any Notices of Dismissal been granted at this time. A copy of the proposed *Final Approval Order and Judgment* is included on the enclosed CD Rom.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While Defendant is in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice.

«First» «Last»
February 3, 2017
Page 3

WILMERHALE

Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 76,567 individuals in the class. The members of the Settlement Class cannot feasibly be identified by name at this time.  However, attached as Exhibit A to this letter, Defendant has provided the following list, which is based on the best information currently available, pertaining to the state of residence of the estimated 76,567 proposed class members, and estimated proportionate share of the claims of such members to the entire settlement, in accordance with 28 U.S.C. § 1715(b)(7)(B).

8.   **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As of February 3, 2017, there has been no written judicial opinion related to the settlement.  A copy of the proposed *Final Approval Order and Judgment* is included on the enclosed CD Rom.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact WILMER HALE immediately so that Cynosure, Inc. can address any concerns or questions you may have.

Thank you.

Sincerely,

/s/
Alan E. Schoenfeld
WILMERHALE

Enclosure – CD Rom

# EXHIBIT B

| Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Richards | Craig W. | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| CAFA Coordinator | | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 06106 |
| Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| Boente | Dana | Acting Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Denn | Matt | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W. Jefferson St. | Boise | ID | 83720-0010 |
| Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 West Randolph Street | Chicago | IL | 60601 |
| Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave, 2nd Floor | | Topeka | KS | 66612-1597 |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601 |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-9095 |
| Healey | Maura | State of Massachusetts Attorney General | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| Koster | Chris | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Cooper | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| Foster | Joseph A. | New Hampshire Attorney General | 33 Capitol Street | | Concord | NH | 03301-6397 |
| Hoffman | John Jay | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Attorney General | State Capitol, Room 236 | 350 N. State St. | Salt Lake City | UT | 84114-0810 |
| Herring | Mark | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |
| Morrisey | Patrick | Office of the West Virginia Attorney General | State Capitol Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg., Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| Barrett-Anderson | Elizabeth | Attorney General Office | ITC Bldg, Suite 706 | 590 S. Marine Corps Drive | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | P.O. Box 10007 | San Juan | MP | 96950 |
| Miranda-Rodriguez | Cesar R. | Department of Justice | P.O. Box 9020192 | | San Juan | PR | 00902 |
| Walker | Claude E. | Office of the Secretary | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| Skilling | April Dawn | Office of the Attorney General | Department of Justice for the Federated States of Micronesia | P.O. Box 105 | Palikir, Pohnpei | FM | 96941 |
| | | | P.O. Box 1365 | | Koror | PW | 96940 |
| Murray | Ross | Consumer Action Services LLC | 3301 Kerner Blvd. | | San Rafael | CA | 94901 |
| Horrell | Michael | Vice President | WilmerHale LLP | 60 State Street | | Boston | MA | 02109 |

# EXHIBIT C

WILMERHALE

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

March 13, 2017

VIA PRIORITY MAIL

«First» «Last»
«Company»
«Address_1»
«Address_2»
«City», «State»  «Zip»

Re:     Supplemental Notice of Proposed Class Action Settlement

Dear «First» «Last»:

This letter supplements prior correspondence sent to you on or around February 3, 2017, a copy of which is enclosed, regarding a putative class action entitled *ARcare, Inc. v. Cynosure, Inc.*, U.S. District Court for the District of Massachusetts Case No. 1:16-cv-11547-DPW. Wilmer Cutler Pickering Hale and Dorr LLP represents Defendant Cynosure Inc. in this lawsuit.

On March 3, 2017, the parties executed an Amended Settlement Agreement, replacing the Settlement Agreement sent to you on February 3, 2017.  Several terms of the original Settlement Agreement have been amended, along with the proposed forms of notice to the class. On March 3, 2017, ARcare, Inc. submitted the Amended Settlement Agreement to the Court along with a Motion to Authorize Notice and Preliminarily Certify Settlement Class.

In further compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD Rom that is enclosed with this letter:

1.     **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the Plaintiff's Class Action Complaint and Defendant's Answer to the Complaint were included on the CD Rom sent to you on February 3, 2017 and remain unchanged.

2.     **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** As of March 13, 2017, the Court has not yet scheduled a final fairness hearing in this matter.  Plaintiff filed a Motion to Authorize Notice and Preliminarily Certify Settlement Class on March 3, 2017.  A copy of the Motion to Authorize Notice and Preliminarily Certify Settlement Class and proposed order is included on the enclosed CD Rom.

3.     **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the Fax Notice, Long Form Notice, Mail Notice and Proof of Claim Form that are to be provided to the class, subject to court approval, are included on the enclosed CD Rom.

WilmerHale

«First» «Last»
March 13, 2017
Page 2

4.      **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:**  A copy of the Amended Settlement Agreement and Release is included on the enclosed CD Rom.

5.      **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:**  A copy of a March 3, 2017 letter agreement between the parties is included on the enclosed CD Rom.

6.      **28 U.S.C. § 1715(b)(6) – Final Judgment:**  No Final Judgment has been reached as of February 3, 2017, nor have any Notices of Dismissal been granted at this time.  A copy of the proposed Final Approval Order and Judgment is included on the enclosed CD Rom.

7.      **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members**:  Estimates of the number of proposed class members and their states of residence were included in the letter sent to you on February 3, 2017 and remain unchanged.

8.      **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:**  As of March 13, 2017, there has been no written judicial opinion related to the settlement.  A copy of the proposed Final Approval Order and Judgment is included on the enclosed CD Rom.

Please contact me at the number listed above if you require any additional materials or need any further information concerning this matter.

Thank you.

Sincerely,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld

Enclosures – CD Rom, Letter dated February 3, 2017

# EXHIBIT D

| Last | First | Company | Address 1 | Address 2 | City | State | Zip | Transaction Number |
|---|---|---|---|---|---|---|---|---|
| Richards | Craig W. | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 | 94055102009865213938816 |
| Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | | Montgomery | AL | 36130-0152 | 94055102009865213938847 |
| Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 | 94055102009865213938808 |
| Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | | 94055102009865213938877 |
| CAFA Coordinator | | Office of the California Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 | 94055102009865213938891 |
| Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 | 94055102009865213939073 |
| Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 06106 | 94055102009865213939196 |
| Racine | Karl A. | Office of the Attorney General of the District of Columbia | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 | 94055102009865213939233 |
| Boente | Dana | Acting Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 | 94055102009865213939271 |
| Denn | Matt | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 | 94055102009865213939301 |
| Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 | 94055102009865213939332 |
| Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 | 94055102009865213939424 |
| Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | 94055102009865213939448 |
| Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 | 94055102009865213939516 |
| Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 | 94055102009865213939646 |
| Madigan | Lisa | Illinois Attorney General | James M. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 | 94055102009865213939561 |
| Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 | 94055102009865213939622 |
| Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 | 94055102009865213939721 |
| Conway | Jack | Office of the Kentucky Attorney General | 700 Capitol Ave | | Frankfort | KY | 40601 | 94055102009865213939813 |
| Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | Capitol Building, Suite 118 | Baton Rouge | LA | 70804-4095 | 94055102009865213939844 |
| Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 | 94055102009865213939905 |
| Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 | 94055102009865213939998 |
| Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 | 94055102009865213940048 |
| Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 | 94055102009865213940147 |
| Lori Swanson | Attorney General | Minnesota AGO | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 | 94055102009865213940192 |
| Koster | Chris | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 | 94055102009865213940253 |
| Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 | 94055102009865213940321 |
| Fox | Tim | Office of the Montana Attorney General | Justice Building | 215 N. Sanders Street | Helena | MT | 59620-1401 | 94055102009865213940345 |
| Stein | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 | 94055102009865213940406 |
| Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 | 94055102009865213940475 |
| Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 | 94055102009865213940529 |
| Foster | Joseph A. | Office of the Attorney General of New Hampshire | 33 Capitol Street | | Concord | NH | 03301-6397 | 94055102009865213940581 |
| Hoffman | John Jay | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 | 94055102009865213940635 |
| Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 | 94055102009865213940666 |
| Schneiderman | Eric | Office of the New York Attorney General | The Capitol, 2nd Floor | 100 North Capitol Street | Albany | NY | 12224 | 94055102009865213940710 |
| DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 | 94055102009865213940796 |
| Pruitt | Scott | Oklahoma Office of the Attorney General | 313 N.E. 21st Street | | Oklahoma City | OK | 73105 | 94055102009865213940901 |
| Rosenblum | Ellen F. | Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 | 94055102009865213941021 |
| Kane | Kathleen | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 | 94055102009865213941069 |
| Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 | 94055102009865213941236 |
| Wilson | Alan | Office of the South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 | 94055102009865213941175 |
| Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 | 94055102009865213941089 |
| Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 | 94055102009865213941443 |
| Paxton | Ken | Attorney General Office | State Capitol, Room 236 | P.O. Box 12548 | Austin | TX | 78711-2548 | 94055102009865213941366 |
| Reyes | Sean | Utah Office of the Attorney General | 350 N State St | | Salt Lake City | UT | 84114-0810 | 94055102009865213941410 |
| Herring | Mark | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 | 94055102009865213941441 |
| Sorrell | William H. | Office of the Attorney General | 109 State Street | | Montpelier | VT | 05609-1001 | 94055102009865213941557 |
| Ferguson | Bob | Office of the Washington Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 | 94055102009865213941557 |
| Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 | 94055102009865213941588 |
| Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 | 94055102009865213942005 |
| Michael | Peter K. | Office of the Attorney General | 200 W 24th St | | Cheyenne | WY | 82002 | 94055102009865213941670 |
| Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg. Utulei | Territory of American Samoa | Pago Pago | AS | 96799 | 94055102009865213941748 |
| Barrett-Anderson | Elizabeth | Attorney General Office | 590 S. Marine Corps Drive | ITC Bldg, Suite 706 | Tamuning | Guam | 96913 | 94055102009865213941809 |
| Manibusan | Edward | Attorney General | Administration Building | P.O. Box 10007 | Saipan | MP | 96950 | 94055102009865213941830 |
| Miranda-Rodriguez | Cesar R. | Puerto Rico Attorney General | P.O. Box 902192 | San Juan | San Juan | PR | 00902 | 94055102009865213941878 |
| Walker | Claude E. | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | St. Thomas | VI | 00802 | 94055102009865213941908 |
| Skilling | April Dawn | Department of Justice | Department of Justice for the Federated States of Micronesia | P.O. Box 105 | Palikir, Pompei | FM | 96941 | 94055102009865213941939 |
| | | Office of the Secretary | Koror | | Koror | PW | 96940 | 94055102009865213942066 |
| | | Office of the Attorney General | P.O. Box 890 | | Majuro | MH | 96960 | 94055102009865213942080 |
| Murray | Ross | Vice President | KCC Class Action Services LLC | 3301 Kerner Blvd. | San Rafael | CA | 94901 | 94055102009865213942134 |
| Horrell | Michael | | Wilmerhale LLP | 60 State Street | | Boston | MA | 02109 | 94055102009865213942165 |

# EXHIBIT E

**This is a notice of a lawsuit settlement, not a lawsuit against you.**

**You may benefit from this notice. Please read it carefully.**

**You must complete and submit the attached claim form to receive a monetary award.**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ARcare, Inc., on behalf of itself and all others
similarly situated,

      **Plaintiff,**

v.

Cynosure, Inc.

      **Defendant.**

**Case No.: 1:16-cv-11547-DPW**

### NOTICE OF CLASS ACTION SETTLEMENT WITH ATTACHED CLAIM FORM

TO:    **All persons or entities who were sent one or more facsimile transmissions advertising the availability or quality of property, goods, or services of Cynosure, Inc. between July 27, 2012 and March 13, 2019 (the "Settlement Class").**

A.    <u>**WHY HAVE YOU RECEIVED THIS NOTICE?**</u>  The Court ordered us to send you this Notice because your fax number appears on a list of fax numbers to which advertisements may have been sent by fax, and you may be a member of the Settlement Class defined above.

B.    <u>**WHAT IS THIS LAWSUIT ABOUT?**</u>  Plaintiff filed this class action lawsuit against Cynosure, Inc. ("Defendant") alleging that it violated the federal Telephone Consumer Protection Act ("TCPA") by sending advertisements by fax. Defendant denied Plaintiff's allegations and raised defenses. The parties have agreed to settle all claims about faxes Defendant sent between July 27, 2012 and March 13, 2019.

C.    <u>**WHAT IS THE PROPOSED SETTLEMENT?**</u>  Without admitting any fault or liability, and in exchange for a release of all claims against it, if the Settlement is finally approved, Defendant has agreed to pay $8,500,000.00 for the Settlement (the "Settlement Fund"). If the Court approves the Settlement, all Settlement Class members who submit a valid and timely Proof of Claim Form will be mailed a check or checks for their *pro rata* share of the Settlement Fund, after deduction of any attorneys' fees and costs for Class Counsel awarded by the Court, any award to the Class Representative awarded by the Court, the cost of settlement administration, and any taxes on the Settlement. In addition, if you have Cynosure faxes that you received, you may attach them and you will be paid the *pro rata* claim payment for each valid fax you submit. Additionally, Defendant has agreed that it will not send advertising faxes that do not comply with the TCPA or applicable federal regulations for two years after this Settlement is finally approved.

The Court has approved this notice and preliminarily certified the settlement class, subject to a final approval hearing that will occur on July 11, 2019, at 2:00 p.m., in Room 1, United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210.

D.    <u>**WHAT ARE YOUR OPTIONS?**</u>

    1.    <u>**Complete and return a Proof of Claim Form**</u>:  To receive a payment from the Settlement Fund, you must complete, sign, and return a Proof of Claim Form postmarked on or before **June 26, 2019**. You do not need to remember receiving one of the facsimiles at issue, but you do need to attest under the pains and penalties of perjury that you owned the fax number during one of more of the months specified in the Proof of Claim form. If you submit a valid and timely Proof of Claim Form, you will be mailed a check (or checks) for your share of the proceeds. If you submit valid faxes you received, you will be mailed a check (or checks) for your share of the proceeds on a per fax basis.

    2.    <u>**Do nothing**</u>:  If you do nothing, you will remain in the Settlement Class. You will be bound by the judgment against Defendant, and you will release your claims against Defendant about Defendant's faxes, but you will receive nothing.

    3.    <u>**Opt out of the settlement**</u>:  You are not required to participate in the Settlement. You have the right to exclude yourself from the Settlement by sending a written request for exclusion. Your completed, signed statement advising of your election to opt out must be postmarked no later than **May 27, 2019**. If your request is not postmarked by that date, your right to opt out will be deemed waived and you will be bound by all orders and judgments entered in connection with the Settlement. Your request must list your name, address, and fax number; a statement that you want to be excluded from the Settlement in *ARcare, Inc. v. Cynosure, Inc.*, No. 16 Civ. 11547 (D. Mass.); and your signature. You must send your request to the Settlement Administrator at the following address:

*ARcare, Inc. v. Cynosure, Inc.*
Settlement Administrator
P.O. Box 404115
Louisville, KY 40233-4115

**4.**     **Object to the settlement:** If you object to the settlement, and wish to file an objection rather than simply excluding yourself, you must file the objection electronically with the Court, or mail your objection first-class postage prepaid to the Clerk's Office of the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210. Your objection must be postmarked by **May 27, 2019**. You must also mail copies of your objection to Class Counsel and counsel for Defendant, postmarked by the same date, to the following addresses:

Phillip A. Bock                                         Alan E. Schoenfeld
Bock, Hatch, Lewis & Oppenheim          Wilmer Cutler Pickering Hale and Dorr LLP
134 N. LaSalle St., Suite 1000                 7 World Trade Center, 250 Greenwich Street
Chicago, IL 60602                                     New York, NY 10007

*Class Counsel*                                         *Counsel for Defendant*

Your objection must include the name of the case (*ARcare, Inc. v. Cynosure, Inc.*, No. 16 Civ. 11547 (D. Mass.)); your full name, address, and fax number; an explanation of the basis upon which you claim to be a Settlement Class Member, all grounds for the objection, accompanied by any legal support for the objection; the identity of all counsel who represent you, including any former or current counsel who may be entitled to compensation for any reason related to the objection; whether you intend to appear at the final approval hearing and, if so, the identity of any counsel who will appear on your behalf; a list of all other class action settlements in which you or your counsel filed an objection; a list of any persons who will be called to testify at the final approval hearing in support of the objection; and your signature. The final approval hearing is scheduled for July 11, 2019, at 2:00 p.m., in Room 1, United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210. You are not required to attend this hearing.

**E.**     **WHEN WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?** The Court will hold a final approval hearing on July 11, 2019, at 2:00 p.m., in Room 1, United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210, and hear any timely and properly filed objections and arguments about the settlement. You are **not** required to attend this hearing. The final approval hearing may be continued to a future date without further notice.

**F.**     **WHO REPRESENTS THE CLASS?** ARcare, Inc. is the Class Representative. Its attorneys are Class Counsel. They are:

Phillip A. Bock                                          Randall K. Pulliam                          Alan L. Cantor
Bock, Hatch, Lewis & Oppenheim, LLC    Carney Bates & Pulliam, PLLC       Swartz & Swartz, P.C.
134 N. LaSalle St., Suite 1000                  519 W 7th St,                                  10 Marshall Street
Chicago, IL 60602                                      Little Rock, AR 72201                      Boston, MA 02108

As part of the settlement, Defendant has agreed not to oppose a request for a service award of $5,000.00 to be paid from the Settlement Fund to ARcare, Inc. for its service as Class Representative on behalf of the Settlement Class in this litigation. Defendant has also agreed not to oppose a request for attorneys' fees of 25% of the Settlement Fund ($2,125,000.00) plus reasonable out-of-pocket expenses incurred in the litigation to be paid from the Settlement Fund to Class Counsel. Class Counsel will file papers requesting the Court's approval of these awards/payments, and the Court is expected to consider those requests at the final approval hearing

**G.**     **WHERE CAN YOU GET MORE INFORMATION?** If you have questions about this Notice or about the settlement, write the Settlement Administrator at P.O. Box 404115, Louisville, KY 40233-4115. Include the case number, your name, your fax number, and your current street address on any correspondence. Alternatively, you can call the Settlement Administrator at 1-866-298-4191. If you'd like to discuss the matter with Class Counsel, you may call attorney Phillip A. Bock directly at 312-658-5501. This Notice only summarizes the litigation and the settlement. The court files for this case are available for your inspection at the Office of the Clerk of Court for the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210. You can also find a longer, more detailed notice, as well as the settlement agreement and related documents and information, online at www.cynosettlement.com.

**DO NOT CONTACT THE JUDGE, THE JUDGE'S STAFF, OR THE CLERK OF THE COURT, BECAUSE THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS ABOUT THIS SETTLEMENT.**

*ARcare, Inc. v. Cynosure, Inc.*
Settlement Administrator
P.O. Box 404115
Louisville, KY 40233-4115



**CYU**

*ARcare, Inc. v. Cynosure, Inc.*

U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Case No. 1:16-cv-11547 (D. Mass.)

**Must Be Postmarked No Later Than June 26, 2019**

Fax Number: «FaxNumber»
Login ID: «Claim8»
PIN: «PIN»

# PROOF OF CLAIM FORM

*You Must Complete All __THREE__ Steps to Claim a Share of the Settlement Fund:*

## CLAIMANT INFORMATION

First Name          M.I.    Last Name

Primary Address

Primary Address Continued

City                              State    Zip Code

Foreign Province          Foreign Postal Code          Foreign Country Name/Abbreviation

1.  **You Must Provide Your Contact Information.**

Telephone Number:

Fax Numbers (list all numbers):

FOR CLAIMS PROCESSING ONLY    OR      CR      ○ DOC   ○ RED
                                              ○ LC    ○ A
                                              ○ REV   ○ B

2.   **You Must Verify Ownership of the Fax Number(s) Identified Above.**

*A.  For Individuals*

I attest under the pains and penalties of perjury that the fax number(s) above belonged to me at any point during the period between July 27, 2012 and March 13, 2019.

_____
Sign your name here

*B.  For Companies*

I attest under the pains and penalties of perjury that the fax number(s) identified above belonged to the entity identified below at any point during the period between July 27, 2012 and March 13, 2019.  I further attest under the pains and penalties of perjury that I have the authority to act on the entity's behalf and to submit this claim.

Entity Name:  _____

_____
Sign your name here

3.   **IF YOU HAVE COPIES OF CYNOSURE FAXES YOU RECEIVED, YOU MAY ATTACH THEM TO THIS FORM.  IT MAY INCREASE YOUR PAYMENT.**

4.   **You Must Return this Claim Form by June 26, 2019:**

Fax this Claim Form to:  1-866-298-4192

Mail this Claim Form to:   *ARcare, Inc. v. Cynosure, Inc.*
Settlement Administrator
P.O. Box 404115
Louisville, KY 40233-4115

Submit your claim at www.cynosettlement.com

# EXHIBIT F

**This is a notice of a lawsuit settlement, not a lawsuit against you.**

**You may benefit from this notice. Please read it carefully.**

**You must complete and submit the attached claim form to receive a monetary award.**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ARcare, Inc., on behalf of itself and all others
similarly situated,

       Plaintiff,

v.

Cynosure, Inc.

       Defendant.

                         **Case No.: 1:16-cv-11547-DPW**

### NOTICE OF CLASS ACTION SETTLEMENT WITH ATTACHED CLAIM FORM

**TO:** **All persons or entities who were sent one or more facsimile transmissions advertising the availability or quality of property, goods, or services of Cynosure, Inc. between July 27, 2012 and March 13, 2019 (the "Settlement Class").**

**A.**   **WHY HAVE YOU RECEIVED THIS NOTICE?** The Court ordered us to send you this Notice because your fax number appears on a list of fax numbers to which advertisements may have been sent by fax, and you may be a member of the Settlement Class defined above.

**B.**   **WHAT IS THIS LAWSUIT ABOUT?** Plaintiff filed this class action lawsuit against Cynosure, Inc. ("Defendant") alleging that it violated the federal Telephone Consumer Protection Act ("TCPA") by sending advertisements by fax. Defendant denied Plaintiff's allegations and raised defenses. The parties have agreed to settle all claims about faxes Defendant sent between July 27, 2012 and March 13, 2019.

**C.**   **WHAT IS THE PROPOSED SETTLEMENT?** Without admitting any fault or liability, and in exchange for a release of all claims against it, if the Settlement is finally approved, Defendant has agreed to pay $8,500,000.00 for the Settlement (the "Settlement Fund"). If the Court approves the Settlement, all Settlement Class members who submit a valid and timely Proof of Claim Form will be mailed a check or checks for their *pro rata* share of the Settlement Fund, after deduction of any attorneys' fees and costs for Class Counsel awarded by the Court, any award to the Class Representative awarded by the Court, the cost of settlement administration, and any taxes on the Settlement. In addition, if you have Cynosure faxes that you received, you may attach them and you will be paid the *pro rata* claim payment for each valid fax you submit. Additionally, Defendant has agreed that it will not send advertising faxes that do not comply with the TCPA or applicable federal regulations for two years after this Settlement is finally approved.

The Court has approved this notice and preliminarily certified the settlement class, subject to a final approval hearing that will occur on July 11, 2019, at 2:00 p.m., in Room 1, United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210.

**D.**   **WHAT ARE YOUR OPTIONS?**

    **1.**   **Complete and return a Proof of Claim Form:** To receive a payment from the Settlement Fund, you must complete, sign, and return a Proof of Claim Form postmarked on or before **June 26, 2019**. You do not need to remember receiving one of the facsimiles at issue, but you do need to attest under the pains and penalties of perjury that you owned the fax number during one of more of the months specified in the Proof of Claim form. If you submit a valid and timely Proof of Claim Form, you will be mailed a check (or checks) for your share of the proceeds. If you submit valid faxes you received, you will be mailed a check (or checks) for your share of the proceeds on a per fax basis.

    **2.**   **Do nothing:** If you do nothing, you will remain in the Settlement Class. You will be bound by the judgment against Defendant, and you will release your claims against Defendant about Defendant's faxes, but you will receive nothing.

    **3.**   **Opt out of the settlement:** You are not required to participate in the Settlement. You have the right to exclude yourself from the Settlement by sending a written request for exclusion. Your completed, signed statement advising of your election to opt out must be postmarked no later than May 27, 2019. If your request is not postmarked by that date, your right to opt out will be deemed waived and you will be bound by all orders and judgments entered in connection with the Settlement. Your request must list your name, address, and fax number; a statement that you want to be excluded from the Settlement in *ARcare, Inc. v. Cynosure, Inc.*, No. 16 Civ. 11547 (D. Mass.); and your signature. You must send your request to the Settlement Administrator at the following address:

*ARcare, Inc. v. Cynosure, Inc.*
Settlement Administrator
P.O. Box 404115
Louisville, KY 40233-4115

**4.** **Object to the settlement:** If you object to the settlement, and wish to file an objection rather than simply excluding yourself, you must file the objection electronically with the Court, or mail your objection first-class postage prepaid to the Clerk's Office of the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210. Your objection must be postmarked by **May 27, 2019**. You must also mail copies of your objection to Class Counsel and counsel for Defendant, postmarked by the same date, to the following addresses:

Phillip A. Bock
Bock, Hatch, Lewis & Oppenheim
134 N. LaSalle St., Suite 1000
Chicago, IL 60602

Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center, 250 Greenwich Street
New York, NY 10007

*Class Counsel*

*Counsel for Defendant*

Your objection must include the name of the case (*ARcare, Inc. v. Cynosure, Inc.*, No. 16 Civ. 11547 (D. Mass.)); your full name, address, and fax number; an explanation of the basis upon which you claim to be a Settlement Class Member, all grounds for the objection, accompanied by any legal support for the objection; the identity of all counsel who represent you, including any former or current counsel who may be entitled to compensation for any reason related to the objection; whether you intend to appear at the final approval hearing and, if so, the identity of any counsel who will appear on your behalf; a list of all other class action settlements in which you or your counsel filed an objection; a list of any persons who will be called to testify at the final approval hearing in support of the objection; and your signature. The final approval hearing is scheduled for July 11, 2019, at 2:00 p.m., in Room 1, United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210. You are not required to attend this hearing.

**E.**   **WHEN WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?**  The Court will hold a final approval hearing on July 11, 2019, at 2:00 p.m., in Room 1, United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210, and hear any timely and properly filed objections and arguments about the settlement. You are **not** required to attend this hearing. The final approval hearing may be continued to a future date without further notice.

**F.**   **WHO REPRESENTS THE CLASS?**  ARcare, Inc. is the Class Representative. Its attorneys are Class Counsel. They are:

Phillip A. Bock
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. LaSalle St., Suite 1000
Chicago, IL 60602

Randall K. Pulliam
Carney Bates & Pulliam, PLLC
519 W 7th St,
Little Rock, AR 72201

Alan L. Cantor
Swartz & Swartz, P.C.
10 Marshall Street
Boston, MA 02108

As part of the settlement, Defendant has agreed not to oppose a request for a service award of $5,000.00 to be paid from the Settlement Fund to ARcare, Inc. for its service as Class Representative on behalf of the Settlement Class in this litigation. Defendant has also agreed not to oppose a request for attorneys' fees of 25% of the Settlement Fund ($2,125,000.00) plus reasonable out-of-pocket expenses incurred in the litigation to be paid from the Settlement Fund to Class Counsel. Class Counsel will file papers requesting the Court's approval of these awards/payments, and the Court is expected to consider those requests at the final approval hearing

**G.**   **WHERE CAN YOU GET MORE INFORMATION?**  If you have questions about this Notice or about the settlement, write the Settlement Administrator at P.O. Box 404115, Louisville, KY 40233-4115. Include the case number, your name, your fax number, and your current street address on any correspondence. Alternatively, you can call the Settlement Administrator at 1-866-298-4191. If you'd like to discuss the matter with Class Counsel, you may call attorney Phillip A. Bock directly at 312-658-5501. This Notice only summarizes the litigation and the settlement. The court files for this case are available for your inspection at the Office of the Clerk of Court for the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA 02210. You can also find a longer, more detailed notice, as well as the settlement agreement and related documents and information, online at www.cynosettlement.com.

**DO NOT CONTACT THE JUDGE, THE JUDGE'S STAFF, OR THE CLERK OF THE COURT, BECAUSE THEY ARE NOT PERMITTED TO ANSWER YOUR QUESTIONS ABOUT THIS SETTLEMENT.**



*ARcare, Inc. v. Cynosure, Inc.*
Settlement Administrator
P.O. Box 404115
Louisville, KY 40233-4115

## CYU

### «Barcode»
Postal Service: Please do not mark barcode

Claim#: CYU-«Claim8»-«CkDig»
«FirstNAME» «LastNAME»
«Name1»
«Addr1» «Addr2»
«City», «State»«FProv» «Zip»«FZip»
«FCountry»

*ARcare, Inc. v. Cynosure, Inc.*

**U.S. DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS**

Case No. 1:16-cv-11547 (D. Mass.)

**Must Be Postmarked
No Later Than
June 26, 2019**

Fax Number: «FaxNumber»
Login ID: «Claim8»
PIN: «PIN»

# PROOF OF CLAIM FORM

*You Must Complete All **THREE** Steps to Claim a Share of the Settlement Fund:*

---

**CHANGE OF ADDRESS (ONLY IF DIFFERENT FROM ABOVE)**

Primary Address

Primary Address Continued

City                                             State      Zip Code

Foreign Province          Foreign Postal Code          Foreign Country Name/Abbreviation

---

1. **You Must Provide Your Contact Information.**

Telephone Number:

Fax Numbers (list all numbers):



| FOR CLAIMS PROCESSING ONLY | | OR | | | CB | | | ○ DOC ○ LC ○ REV | ○ RED ○ A ○ B |

2.   **You Must Verify Ownership of the Fax Number(s) Identified Above.**

*A.  For Individuals*

I attest under the pains and penalties of perjury that the fax number(s) above belonged to me at any point during the period between July 27, 2012 and March 13, 2019.

_____
Sign your name here

*B.  For Companies*

I attest under the pains and penalties of perjury that the fax number(s) identified above belonged to the entity identified below at any point during the period between July 27, 2012 and March 13, 2019.  I further attest under the pains and penalties of perjury that I have the authority to act on the entity's behalf and to submit this claim.

Entity Name:  _____

_____
Sign your name here

3.   **IF YOU HAVE COPIES OF CYNOSURE FAXES YOU RECEIVED, YOU MAY ATTACH THEM TO THIS FORM.  IT MAY INCREASE YOUR PAYMENT.**

4.   **You Must Return this Claim Form by June 26, 2019:**

Fax this Claim Form to:  1-866-298-4192

Mail this Claim Form to:   *ARcare, Inc. v. Cynosure, Inc.*
Settlement Administrator
P.O. Box 404115
Louisville, KY 40233-4115

Submit your claim at www.cynosettlement.com



# EXHIBIT G

ARCare v Cynosure Inc
Opt Out List

| Business Name | Fax Number |
| --- | --- |
| Gao Medical PLLC | (718) 961-9594 |
| Scott W. Barttelbort M.D FACS | (858) 623-9091 |