**ALAN L. CANTOR**
**SWARTZ & SWARTZ**

| Date | Activity | Time |
|---|---|---|
| 7/27/2016 | Review of Complaint, and motion for class cert.; review documents for filing | 2.0 hours |
| 8/16/2016 | Review of PHV motions | .2 hours |
| 8/22/2016 | Review ECF Filings and forward to co-counsel | .5 hours |
| 8/30/2016 | Supervise filing of PHV motions | .3 hours |
| 9/29/2016 | Review of supervise filing of additional PHV motion | .2 hours |
| 9/30/2019 | Review answer to complaint and motion to stay filed by Cynosure | .4 hours |
| 10/6/2016 | Write and review emails regarding possible mediation | .3 hours |
| 10/7/2016 | Write and review emails regarding possible mediation and stay | .5 hours |
| 10/10/2016 | Review emails regarding possible mediation and stay | .2 hours |
| 10/11/2016 | Write and review emails and review joint motion to stay | .3 hours |
| 10/12/2016 | Review court orders received by ECF. Forward to co-counsel. | .3 hours |
| 11/3/2016 | Review emails and PDF documents regarding | .4 hours |

| | | |
|---|---|---|
| | mediation | |
| 11/12/2016 | Write and review emails regarding accessing defendant's electronic production | .5 hours |
| 11/14/2016 | Review emails from co-counsel regarding contents of defendant's electronic production | .5 hours |
| 11/21/2016 | Review emails concerning mediation details | .3 hours |
| 11/21/2016 | Review Cynosure mediation statement | 1.2 hours |
| 11/22/2016 | Review plaintiff mediation statement and attachments | 2 hours |
| 11/29/2016 | Send and review emails regarding settlement reached at mediation. | .3 hours |
| 1/26/2017 | Write and review emails regarding motion for preliminary approval | .3 hours |
| 1/26/2017 | Review motion for preliminary approval and attachments | 1.1 hours |
| 1/31/2017 | Prepare for and attend scheduling conference | 1.5 hours |
| 3/3/2017 | Review motion to certify class | .8 hours |
| 4/18/2017 | Review emails concerning Yaakov opinion and read opinion | 1 hours |
| 4/19/2017 | Prepare and supervise filing of motion for leave to file supplemental | .6 hours |

| Date | Description | Hours |
|---|---|---|
| | authority regrading <u>Yaakov</u> opinion | |
| 2/26/2019 | Review email from co-counsel regarding revision of preliminary approval motion and review draft order and status report | .7 hours |
| 3/6/2019 | Review status report and attachment | .5 hours |
| 3/12/2019 | Prepare for and attend status conference | 1.2 hours |
| 3/13/2019 | Review numerous emails and drafts of class notices and proposed order | 1.4 hours |
| 5/17/2019 | Review ECF filings by counsel | 1.2 hours |
| 7/9/2019 | Review addendum to motion to certify class | .4 hours |
| 7/11/2019 | Prepare for and attend settlement approval hearing | 1.7 hours |
| 7/19/2019 | Review proposed documents submitted by plaintiff | .2 hours |

**Total:** 23.8 hours

**Rate:** $500.00/hr

**Total:** $11,900.00