UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARcare, Inc., an Arkansas Corporation, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>Cynosure, Inc.<br><br>        Defendant. | No. 1:16-cv-11547-DPW |

**PLAINTIFF'S UNOPPOSED REQUEST FOR A STATUS CONFERENCE**

Pending before the Court is Plaintiff's Motion and Memorandum in Support of Final Approval (D.E. 51). On July 11, 2019, the Parties were before the Court for a Final Approval Hearing on the pending Motion. Plaintiff respectfully requests the opportunity to address the Court in a Status Conference to provide an update since the Final Approval Hearing.

Dated:  January 29, 2021          Respectfully submitted,


/s/ Randall K. Pulliam_____
Randall K. Pulliam (pro hac vice)
CARNEY BATES & PULLIAM PLLC
519 W. 7th St.
Little Rock, Arkansas 72212
Phone: (501) 312-8500
Fax: (501) 312-8505
rpulliam@cbplaw.com

Phillip A. Bock (pro hac vice)
David M. Oppenheim (pro hac vice)
BOCK, HATCH, LEWIS & OPPENHEIM, LLC
134 N. La Salle St., Ste. 1000
Chicago, IL 60602
Phone:  (312) 658-5500
Fax:  (312) 658-5555

1

Alan L. Cantor
SWARTZ & SWARTZ, P.C.
10 Marshall Street
Boston, MA 02108
Phone: (617) 742-1900
Fax: (617) 367-7193

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 29th day of January, 2021, a true and correct copy of the foregoing was served upon counsel of record through the Court's CM/ECF filing system.

/s/ Randall K. Pulliam_____