# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARcare, Inc., an Arkansas Corporation, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>Cynosure, Inc.<br><br>    Defendant. | No. 1:16-cv-11547-DPW |

## JOINT REPORT ON MODIFICATION OF SETTLEMENT AGREEMENT

Following the hearing on this matter on May 20, 2021, the parties have conferred and agreed to two modifications to the Settlement Agreement dated March 3, 2017.

### INJUNCTIVE RELIEF

The parties have agreed to modify the settlement's injunctive relief to make the injunction last as long as the relevant provision of the Telephone Consumer Protection Act is in effect, rather than limited it to two years. In particular, the parties have agreed to change paragraph 44 of the Settlement Agreement to provide and to jointly request that the Court enter the following injunction as part of the Final Approval Order and Judgment:

> Defendant is hereby enjoined from sending advertising faxes that do not comply with the Telephone Consumer Protection Act, 47 U.S.C. §§227 et seq., and any regulatory rulings promulgated thereunder by the Federal Communications Commission, for as long as that Act, and/or any such regulation or declaratory ruling is effective.

### RESIDUAL SETTLEMENT FUNDS

The parties have agreed to modify the Settlement Agreement to remove any requirement for a cy pres distribution of residual funds. The parties have agreed to change paragraph 81 of the Settlement Agreement to read:

It is the parties' intention that the entire Settlement Fund Account will be distributed to valid claimants. Disbursements will continue to occur until the Settlement Fund Account is fully exhausted or the Court determines that the administrative cost of further disbursements exceeds the amount in the Settlement Fund Account.

Dated: July 16, 2021                                                                 Respectfully submitted,

/s/ Randall K. Pulliam                                                               /s/ John J. Butts
Randall K. Pulliam (pro hac vice)                                        John J. Butts (BBO # 643201)
CARNEY BATES & PULLIAM PLLC                                    WILMER CUTLER PICKERING
519 W. 7th St.                                                                         HALE AND DORR LLP
Little Rock, Arkansas 72212                                                 60 State Street
Phone: (501) 312-8500                                                         Boston, Massachusetts 02109
Fax: (501) 312-8505                                                             Phone: (617) 526-6000
rpulliam@cbplaw.com                                                         Fax: (617) 526-5000
                                                                                              john.butts@wilmerhale.com
Phillip A. Bock (pro hac vice)
David M. Oppenheim (pro hac vice)                                  Alan E. Schoenfeld (*pro hac vice*)
BOCK, HATCH, LEWIS & OPPENHEIM, LLC                   WILMER CUTLER PICKERING
134 N. La Salle St., Ste. 1000                                             HALE AND DORR LLP
Chicago, Illinois 60602                                                        7 World Trade Center
Phone: (312) 658-5500                                                        250 Greenwich Street
Fax: (312) 658-5555                                                            New York, New York 10007
                                                                                             Phone: (212) 937-7518
Alan L. Cantor                                                                     Fax: (212) 230-8888
SWARTZ & SWARTZ, P.C.                                              alan.schoenfeld@wilmerhale.com
10 Marshall Street
Boston, Massachusetts 02108
Phone: (617) 742-1900
Fax: (617) 367-7193

3

## **CERTIFICATE OF SERVICE**

I am an attorney of record in this case. I hereby certify that, on July 16, 2021, I caused a copy of the foregoing to be filed via the Court's ECF filing system, whereupon all counsel of record were served.

*/s/ Randall K. Pulliam*
Attorney for Plaintiff