**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

ARcare, Inc., on behalf of itself and all others similarly situated,

Plaintiff,

v.

Case No.: 1:16-cv-11547-DPW

Cynosure, Inc.,

Defendant.

## ORDER DIRECTING FURTHER DISTRIBUTIONS FROM THE SETTLEMENT FUND

The Parties appearing before the Court for a Remote Proceeding on February 23, 2023, due notice having been provided and all persons being given an opportunity to be heard, and the Court considering the submissions of the Parties, including Plaintiff's Supplemental Memorandum, the statements of counsel, and the Declaration of Bernella Osterlund on behalf of the Settlement Administrator, **IT IS HEREBY ORDERED THAT:**

1. The Court issued the Final Approval Order and Judgment in this matter on June 6, 2022.

2. According to the Declaration of Bernella Osterlund (Dkt. #91-1), the Settlement Administrator received the Settlement Fund ($8,500,000.00) from Defendant and issued $500.00 payments to approved claimants and payment to the Settlement Administrator, in accordance with the Final Approval Order.

3. The Settlement Fund has a current balance of $5,336,092.60, after subtracting $2,943,500.00 in claim checks cashed by Class Members, subtracting $223,295.03 paid to the Settlement Administrator, and adding $2,887.63 in accrued interest.

4. The Settlement Administrator reported that 241 of the approved claimants submitted a completed Form W-9 when requested and that those claimants validly claimed a total of 591 fax numbers on the Class List. (Dkt. #91-1 ¶ 6.e.) From the Settlement Fund, the Settlement Administrator shall pay a total of $175,000 to those claimants to increase their initial compensation to $500 for each affected fax number. Such checks will be void as of October 3, 2023.

5. After subtracting those remaining "first round" payments, the Settlement Fund will have a balance of approximately $5,161,092.60.

6. The Settlement Administrator further reported that 5,878 approved claimants, who validly claimed 6,237 fax numbers on the Class List, cashed their initial distribution check. (Dkt. #91-1 ¶ 6.h. and ¶ 11.)

7. The Court deems it appropriate to make a further distribution of the Settlement Fund to those Class Members who cashed their initial distribution check.

8. On or before April 6, 2023, the Settlement Administrator will issue checks from the Settlement Fund to each of the 5,878 claimants who cashed the initial distribution check, in the amount of $599 for each of their 6,237 fax numbers on the Class List, or a total of $3,735,963. These checks will be void as of October 3, 2023.

9. After those payments from the Settlement Fund are complete, $6,854,463.00 will have been paid directly to Class Members.

**ATTORNEYS FEES AND EXPENSES TO CLASS COUNSEL**

10. The Court awards 13% of the Settlement Fund ($1,105,000.00) to Class Counsel as attorneys' fees.

11. The Court awards $7,933.38 from the Settlement Fund to Class Counsel to reimburse their payment to JAMS for the mediation services of Hon. Edward Infante (Ret.).

**SETTLEMENT ADMINISTRATOR FEES AND EXPENSES**

12. The Court approves and authorizes payment of the Settlement Administrator's invoice (Exhibit C to Osterlund Dec.) of $200,386.47 from the Settlement Fund

13. The Court further approves and authorizes payment to the Settlement Administrator in the amount of $28,853.00 for fees and costs estimated to be incurred in furtherance of this Order and to bring the case to a close.

**OTHER PROVISIONS**

14. Approximately $82,956.75 will remain in the Settlement Fund after these payments are made.

15. After the void date following distribution checks, the Court will determine whether an additional distribution of remaining funds in the Settlement Fund should be undertaken, and otherwise determine the allocation of all remaining funds.

16. By October 17, 2023, the Settlement Administrator shall provide the Parties' counsel with a declaration detailing the payments from the Settlement Fund and the amount remaining in the Settlement Fund after all outstanding checks are cashed or voided. By October 31, 2023, the Parties shall provide the Court a status report on the details of the distribution, including the number of checks cashed and the balance remaining in the Settlement Fund.

17. The Court sets a further hearing for !!!.

18. This Court retains continuing jurisdiction over this action, Plaintiff, all members of the Settlement Class, and Defendant to determine all matters relating in any way to this Order, the Final Judgment and Order, the Preliminary Approval Order, or the Amended Settlement Agreement and Release, including, but not limited to, their administration, implementation, interpretation, or enforcement.

Dated: ____________________

________________________________
Honorable Douglas P. Woodlock