UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ARcare, Inc., on behalf of itself and all others similarly situated, Plaintiffs, | ) | CIVIL ACTION NO. 16-11547-DPW |
| v. | ) | |
| CYNOSURE, INC., Defendant. | ) | |

**ORDER DIRECTING FURTHER AND FINAL DISTRIBUTION**
**<u>FROM THE SETTLEMENT FUND</u>**

December 23, 2024

The Court, upon consideration of the entire docket in this matter, has determined:

That it is appropriate to make an additional and final distribution to exhaust the Settlement Fund, which shall be paid to the United States Treasury as a cy pres award, and

The Court shall retain continuing jurisdiction over this action, Plaintiff, all members of the Settlement Class, and Defendant to determine all matters relating in any way to this Order, the Final Judgment and Order, the Preliminary Approval Order, and the Amended Settlement Agreement and Release, including, but not limited to, their administration, implementation, interpretation, or enforcement.

**SO ORDERED.**

/s/ Douglas P. Woodlock
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE